**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number (*If known*): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Curran** <br> First name <br><br> **Brian** <br> Middle name <br><br> **Barker** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Ariel** <br> First name <br><br> _____ <br> Middle name <br><br> **Barker** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **6  5  1  8** <br> OR <br> 9xx – xx – ___ ___ ___ ___ | xxx – xx – **6  1  7  7** <br> OR <br> 9xx – xx – ___ ___ ___ ___ |

| Debtor 1 | Curran | Brian | Barker | |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**4. Your Employer Identification Number (EIN), if any.**

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

**5. Where you live**

**If Debtor 2 lives at a different address:**

**5610 Las Virgenes Road 46**
_____
Number     Street

_____
Number     Street

_____

_____

**Calabasas, CA 91302**
_____
City          State     ZIP Code

_____
City          State     ZIP Code

**Los Angeles**
_____
County

_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
Number     Street

_____
P.O. Box

_____
P.O. Box

_____
City          State     ZIP Code

_____
City          State     ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes. District _____ When _____ Case number _____
           MM / DD / YYYY

District _____ When _____ Case number _____
           MM / DD / YYYY

District _____ When _____ Case number _____
           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes. Debtor _____ Relationship to you _____
           District _____ When _____ Case number, if known _____
                       MM / DD / YYYY

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
           MM / DD / YYYY

**11. Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you?

  ☑ No. Go to line 12.

  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | Curran | Brian | Barker | |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | Curran | Brian | Barker | |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No.

    ☐ Yes.    What is the hazard?    _____

    _____

    _____

    If immediate attention is needed, why is it needed?

    _____

    _____

    _____

    Where is the property?    _____

    Number        Street

    _____

    City                State    ZIP Code

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor | Curran | Brian | Barker | | Case number (if known) _____ |
|--------|--------|-------|--------|---|---|
| Name | Ariel | | Barker | | |
| | First Name | Middle Name | Last Name | | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. Are your debts primarily consumer debts? *Consumer debts are defined in 11 U.S.C. § 101(8) as incurred by an individual primarily for a personal, family, or household purpose.*

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. Are your debts primarily business debts? *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Curran Brian Barker, Debtor 1

Executed on __07/07/2026__
MM / DD / YYYY

X _____
Ariel Barker, Debtor 2

Executed on __07/07/2026__
MM / DD / YYYY

Voluntary Petition for Individuals Filing for Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Curran** | **Brian** | **Barker** | | |
| Debtor 2 | **Ariel** | | **Barker** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____    Date **07/12/2026** _____
Signature of Attorney for Debtor                                MM / DD / YYYY

**Bryan Diaz** _____
Printed name

**Bryan Diaz Law, A Professional Corp.** _____
Firm name

**701 E Santa Clara Street** _____
Number        Street

_____

**Ventura** _____     **CA**    **93001** _____
City                                                           State      ZIP Code

Contact phone **(805) 652-1284** _____     Email address **bryan@bryandiazlaw.onmicrosoft.com**

**219905** _____     **CA** _____
Bar number                                                  State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Curran** | **Brian** | **Barker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ariel** | | **Barker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central** District of **California**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

   1.1 _____

   Street address, if available, or other description

   _____

   _____
   City   State   ZIP Code

   _____
   County

   **What is the property?** Check all that apply.

   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? _____

   Current value of the portion you own? _____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   _____

   ☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ....................................................................... → | $0.00 |

| Part 2: | Describe Your Vehicles |
|---|---|

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

Official Form 106A/B    Schedule A/B: Property    page 1

Debtor  Barker, Curran Brian; Barker, Ariel _____     Case number (if known) _____

3.1  Make:              **Ford**
     Model:             **RAM**
     Year:              2016
     Approximate mileage: 100000
     Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

If you own or have more than one, describe here:

3.2  Make:              **Mercedes**
     Model:             **GLC**
     Year:              2025
     Approximate mileage: 30000
     Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,000.00 | $25,000.00 |

3.3  Make:              **Nissan**
     Model:             **Datsun 280z**
     Year:              1975
     Approximate mileage: 100000
     Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1  Make:              _____
     Model:             _____
     Year:              _____
     Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| _____ | _____ |

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ......................................................................... →     | $45,000.00 |

Debtor __Barker, Curran Brian; Barker, Ariel_____    Case number *(if known)*_____

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe. .........    | Used household furnishings |    $1,000.00

7.  **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☑ No
    ☐ Yes. Describe. .........

8.  **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. .........    | Used clothing |    $500.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe. .........

Debtor  Barker, Curran Brian; Barker, Ariel                                        Case number (if known) _____

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........  [                                                              ]  _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. ............  [                                                              ]  _____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................... →  |  $1,500.00  |

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No

    ☐ Yes .............................................................................. Cash: ...................  _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ......................

    Institution name:

    17.1. Checking account:   **Chase** **Account Number: 2163**   ($10.00)

    17.2. Checking account:   **Chase** **Account Number: 5608**   ($11.00)

    17.3. Checking account:   **Chase** **Account Number: 6378**   $13.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No

    ☑ Yes ......................   Institution or issuer name:

    **Fidelity**   $25,000.00

Official Form 106A/B                              Schedule A/B: Property                              page 4

Debtor _Barker, Curran Brian; Barker, Ariel_____ Case number *(if known)* _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific
information about
them.................... Name of entity:                                        % of ownership:

_____ _____ _____

_____ _____ _____

_____ _____ _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them.................... Issuer name:

_____ _____

_____ _____

_____ _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately. Type of account:      Institution name:

401(k) or similar plan: _____ _____

Pension plan: _____ _____

IRA: _____ _____

Retirement account: _____ _____

Keogh: _____ _____

Additional account: _____ _____

Additional account: _____ _____

Debtor  Barker, Curran Brian; Barker, Ariel _____   Case number *(if known)* _____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes .....................        Institution name or individual:

           Electric: _____ _____

           Gas: _____ _____

           Heating oil: _____ _____

           Security deposit on rental unit: _____ _____

           Prepaid rent: _____ _____

           Telephone: _____ _____

           Water: _____ _____

           Rented furniture: _____ _____

           Other: _____ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .....................     Issuer name and description:

           _____ _____

           _____ _____

           _____ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .....................     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

           _____ _____

           _____ _____

           _____ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...     _____ _____

Official Form 106A/B            **Schedule A/B: Property**            page 6

Debtor **Barker, Curran Brian; Barker, Ariel**                                              Case number *(if known)*_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
    information about them. ...                                                                                    _____

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
    information about them. ...                                                                                    _____

**Money or property owed to you?**

                                                                                    **Current value of the
                                                                                    portion you own?**
                                                                                    Do not deduct secured
                                                                                    claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
    them, including whether you                                      Federal:                    _____
    already filed the returns and
    the tax years. ...................                              State:                      _____

                                                                    Local:                      _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
                settlement

    ☑ No

    ☐ Yes. Give specific information. ........

                                                                    Alimony:                    _____

                                                                    Maintenance:                _____

                                                                    Support:                    _____

                                                                    Divorce settlement:         _____

                                                                    Property settlement:        _____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
                Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........                                                                    _____

Debtor  Barker, Curran Brian; Barker, Ariel                              Case number *(if known)*_____

31.  **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
   of each policy and list its value. ...  Company name:          Beneficiary:          Surrender or refund value:

   _____   _____   _____

   _____   _____   _____

   _____   _____   _____

32.  **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
property because someone has died.

☑ No

☐ Yes. Give specific information. ........   _____   _____

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............   _____   _____

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............   _____   _____

35.  **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........   _____   _____

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here ..................................................................................................  →   | $24,992.00 |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37.  Do you own or have any legal or equitable interest in any business-related property?

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

Official Form 106A/B                        Schedule A/B: Property                                page 8

Debtor _Barker, Curran Brian; Barker, Ariel_____    Case number *(if known)*_____

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41. **Inventory**

☑ No

☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?**

☐ No

☐ Yes. Describe. .........

Debtor __Barker, Curran Brian; Barker, Ariel_____   Case number *(if known)*_____

44. **Any business-related property you did not already list**

☐ No

☑ Yes. Give specific
information .........

Interest in LLC as follows:

Starpoint Holdings, LLC (81% by co-debtor)
Lighthouse Estates LLC (81% by co-debtor)
Red Door Legacy LLC (80% by co-debtor)
AVS Estates LLC (33% by co-debtor)
Ceekou LLC (19% by co-debtor)
Red Door Legancy LLC (100% by co-debtor)
Redwoods Real Estate LLC (100% by debtors)                                              unknown

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ...................................................................................................................... →      | $0.00 |

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ..........................                                                                    _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............                                                                          _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ..........................                                                                    _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ..........................                                                                    _____

Debtor  Barker, Curran Brian; Barker, Ariel                              Case number *(if known)*_____

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
   information. ............

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
     for Part 6. Write that number here** ............................................................................................................. →  | $0.00 |

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
   information. ............

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................ →  | $0.00 |

---

**Part 8:    List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2** ................................................................................................................ →  $0.00

56.  **Part 2: Total vehicles, line 5**                                    $45,000.00

57.  **Part 3: Total personal and household items, line 15**               $1,500.00

58.  **Part 4: Total financial assets, line 36**                          $24,992.00

59.  **Part 5: Total business-related property, line 45**                     $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**            $0.00

61.  **Part 7: Total other property not listed, line 54**              +      $0.00

62.  **Total personal property. Add lines 56 through 61.** ...............   $71,492.00    Copy personal property total → +   $71,492.00

63.  **Total of all property on Schedule A/B. Add line 55 + line 62.** ........................................................................  | $71,492.00 |

Fill in this information to identify your case:

| Debtor 1 | Curran | Brian | Barker | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Ariel | | Barker | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: _____ **Central** District of **California**

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2016 Ford RAM** Line from *Schedule A/B:* **3.1** | $10,000.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| Brief description: **2025 Mercedes GLC** Line from *Schedule A/B:* **3.2** | $25,000.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Official Form 106C   Schedule C: The Property You Claim as Exempt   page **1** of **3**

| Debtor 1 | Curran | Brian | Barker | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1975 Nissan Datsun 280z**<br><br>Line from *Schedule A/B*: _3.3_ | $10,000.00 | ☑ $8,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ $1,375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2)<br><br><br>C.C.P. § 703.140(b)(5) |
| Brief description: **Used household furnishings**<br><br>Line from *Schedule A/B*: _6_ | $1,000.00 | ☑ $925.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3)<br><br><br>C.C.P. § 703.140(b)(5) |
| Brief description: **Used clothing**<br><br>Line from *Schedule A/B*: _11_ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description: **Chase**<br>**Checking account**<br>**Acct. No.: 2163**<br><br>Line from *Schedule A/B*: _17_ | ($10.00) | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: **Chase**<br>**Checking account**<br>**Acct. No.: 5608**<br><br>Line from *Schedule A/B*: _17_ | ($11.00) | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: **Chase**<br>**Checking account**<br>**Acct. No.: 6378**<br><br>Line from *Schedule A/B*: _17_ | $13.00 | ☑ $13.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Official Form 106C                Schedule C: The Property You Claim as Exempt                page _2_ of _3_

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Curran** | **Brian** | **Barker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ariel** | | **Barker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Central**_____ District of _____**California**_____

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | Do not deduct the value of collateral. | | If any |

**2.1**

**Ally Financial**
Creditor's Name

**500 WOODWARD AVE**
Number    Street

**DETROIT, MI 48226**
City    State    ZIP Code

**Describe the property that secures the claim:**

| 2016 Ford RAM |
|---|

**Amount of claim:** $18,189.00    **Value of collateral:** $10,000.00    **Unsecured portion:** $8,189.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **AutoLoan**

**Date debt was incurred**    **4/6/2024**    **Last 4 digits of account number**    **2    2    8    9**

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $18,189.00

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Curran | Brian | Barker |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Ariel | | Barker |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central** District of **California**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims against you?

☑ No. Go to Part 2.
☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.   Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **4G CREATIVE LLC** | Last 4 digits of account number __ __ __ __ | $23,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**755 9TH AVE**

Number          Street

When was the debt incurred?   _____

**Marion, IA 52302**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page of ___

**4.2** **4G INVESTMENTS**

Nonpriority Creditor's Name

**755 9TH AVE**

Number          Street

**Marion, IA 52302**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $109,480.00

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.3** **A& N DIVINE SOLUTIONS**

Nonpriority Creditor's Name

**7901 14TH STREET N 300**

Number          Street

**Saint Petersburg, FL 33702**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $55,250.00

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

**4.4** **ACCELERATED GROWTH CAPITAL**                    Last 4 digits of account number  __ __ __ __              $250,000.00
Nonpriority Creditor's Name

**508 MAIN STREET A**                    **When was the debt incurred?**  _____
Number          Street

 

**Evansville, IN 47708**                    **As of the date you file, the claim is:** Check all that apply.
City          State          ZIP Code
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt? Check one.**

❑ Debtor 1 only                    **Type of NONPRIORITY unsecured claim:**
❑ Debtor 2 only                    ❑ Student loans
☑ Debtor 1 and Debtor 2 only          ❑ Obligations arising out of a separation agreement or divorce that you did not report as
❑ At least one of the debtors and another          priority claims
☑ Check if this claim is for a community debt          ❑ Debts to pension or profit-sharing plans, and other similar debts
                                        ❑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**4.5** **ADELINO AMARAL**                    Last 4 digits of account number  __ __ __ __              unknown
Nonpriority Creditor's Name

**10114 OBOE DR**                    **When was the debt incurred?**  _____
Number          Street

 

**Houston, TX 77025**                    **As of the date you file, the claim is:** Check all that apply.
City          State          ZIP Code
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt? Check one.**

❑ Debtor 1 only                    **Type of NONPRIORITY unsecured claim:**
❑ Debtor 2 only                    ❑ Student loans
☑ Debtor 1 and Debtor 2 only          ❑ Obligations arising out of a separation agreement or divorce that you did not report as
❑ At least one of the debtors and another          priority claims
☑ Check if this claim is for a community debt          ❑ Debts to pension or profit-sharing plans, and other similar debts
                                        ❑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.6 Ally Financial

Nonpriority Creditor's Name

**500 WOODWARD AVE**

Number     Street

**DETROIT, MI 48226**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **5  7  6  1**

**When was the debt incurred?**   **9/7/2022**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **AutoLease**

**$0.00**

### 4.7 ALTAMONT SOLUTIONS LLC

Nonpriority Creditor's Name

**6111 FIELDSTONE DRIVE**

Number     Street

**Livermore, CA 94551**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$422,450.00**

| Official Form 106E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page ___ of ___ |
|---|---|---|

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                      Total claim

### 4.8  Amex

Nonpriority Creditor's Name

PO BOX 297871

Number          Street

FORT LAUDERDALE, FL 33329

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    4  5  9  3          $0.00

When was the debt incurred?          9/18/2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

### 4.9  Amex

Nonpriority Creditor's Name

PO BOX 297871

Number          Street

FORT LAUDERDALE, FL 33329

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    7  9  9  3          $0.00

When was the debt incurred?          8/10/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|----------|--------|-------|--------|--------|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

### 4.10   Amex

Nonpriority Creditor's Name

PO BOX 297871

Number          Street

_____

FORT LAUDERDALE, FL 33329

City          State          ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   9  9  8  3          $0.00

When was the debt incurred?          6/22/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

### 4.11   AMP PROPERTY GROUP

Nonpriority Creditor's Name

8 THE GREEN A

Number          Street

_____

Dover, DE 19901

City          State          ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __          $115,000.00

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.12** **AMPM GROUP**

Nonpriority Creditor's Name

**96 SIGNS ROAD**

Number          Street

**Staten Island, NY 10314**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __          **$50,000.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.13** **ANDERSON CITY UITLITY**

Nonpriority Creditor's Name

**PO Box 2100**

Number          Street

**Harrisburg, PA 17110**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __          **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **UTILITY BILL**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | Ariel | | Barker | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                          **Total claim**

**4.14**  **Apple Card/Gs Bank Usa**

Nonpriority Creditor's Name

**LOCKBOX 6112 PO BOX 7247**

Number          Street

**PHILADELPHIA, PA 19170**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **6  9  2  3**

When was the debt incurred?   **12/13/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**$1,154.00**

---

**4.15**  **ARNA PREMIER PROPERTY**

Nonpriority Creditor's Name

**329 S OYSTER BAY RD 202**

Number          Street

**Plainview, NY 11803**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**$100,000.00**

---

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

### 4.16 B32 VENTURES LLC

Nonpriority Creditor's Name

**133 ROCKINGHAM DR**

Number          Street

**Murfreesboro, TN 37129**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __          $30,000.00

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

### 4.17 BACK POCKET OPS

Nonpriority Creditor's Name

**14316 REESE BLVD W 1739**

Number          Street

**Huntersville, NC 28078**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __          $76,178.00

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

**4.18**  **BANK OF AMERICA**

Nonpriority Creditor's Name

**4909 SAVARESE CIR FL 19080147**

Number          Street


**TAMPA, FL 336342413**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1  9  5  3**                          **$7,583.00**

When was the debt incurred?          **9/5/2018**


**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.19**  **Barclays Bank Delaware**

Nonpriority Creditor's Name

**PO BOX 8803**

Number          Street


**WILMINGTON, DE 19899**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  7  5  4**                          **$0.00**

When was the debt incurred?          **10/26/2019**


**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **FlexibleSpendingCreditCard**

---

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.20** BERKSHIRE HATHAWAY

Nonpriority Creditor's Name

**12400 OLIVE BLVD 555**

Number          Street

**Saint Louis, MO 63141**

City          State          ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   _____

**unknown**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.21** BERTRAND BLAIN

Nonpriority Creditor's Name

**26 FULTON DR**

Number          Street

**Stafford, VA 22554**

City          State          ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   _____

**$30,000.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

### 4.22 BMOREHOMEBUYERS LLC

Nonpriority Creditor's Name

**1004 BREEZEWICK ROAD**

Number          Street

**Towson, MD 21286**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$124,950.00**

### 4.23 BRIDGING PURPOSE LLC

Nonpriority Creditor's Name

**8580 COMMONS CT.**

Number          Street

**Florence, KY 41042**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$14,280.00**

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.24 BUENAVIDA PROPERTIES

Nonpriority Creditor's Name

**525 ROUTE 73**

Number          Street

**Marlton, NJ 08053**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$7,140.00**

### 4.25 BULWARK INVESTMENTS

Nonpriority Creditor's Name

**5810 SHELBRY OAKS DRIVE B**

Number          Street

**Memphis, TN 38134**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$83,300.00**

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

### 4.26  C2MM LLC

Nonpriority Creditor's Name

**3356 BUCKBOARD DRIVE**

Number          Street

**Park City, UT 84098**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**unknown**

### 4.27  C2MM LLC EQRP 401K

Nonpriority Creditor's Name

**3356 BUCKBOARD DRIVE**

Number          Street

**Park City, UT 84098**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$70,000.00**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**4.28 CAPITAL ONE**
Nonpriority Creditor's Name

**ATTN BANKRUPTCY**

**PO BOX 30253**
Number          Street

**Salt Lake City, UT 84130**
City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   5  4  6  6

When was the debt incurred?    12/21/2022

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

$1,069.00

---

**4.29 CAPITAL ONE**
Nonpriority Creditor's Name

**ATTN BANKRUPTCY**

**PO BOX 30253**
Number          Street

**Salt Lake City, UT 84130**
City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   6  6  3  5

When was the debt incurred?    10/25/2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

$126.00

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                   **Total claim**

### 4.30 CAPITAL ONE
Nonpriority Creditor's Name

**ATTN BANKRUPTCY**

**PO BOX 30253**
Number          Street

**Salt Lake City, UT 84130**
City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  5  3          $0.00

When was the debt incurred?          3/3/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

### 4.31 CAPITAL ONE
Nonpriority Creditor's Name

**ATTN BANKRUPTCY**

**PO BOX 30253**
Number          Street

**Salt Lake City, UT 84130**
City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    3  2  2  1          $0.00

When was the debt incurred?          8/6/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | Ariel | | Barker | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.32** **CASEN DO REI FUNDING**

Nonpriority Creditor's Name

**3060 WILLIAMS DRIVE 300**

Number          Street

**Fairfax, VA 22031**

City          State          ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$97,750.00**

**4.33** **CC VENTURE INNOVATIONS LLC**

Nonpriority Creditor's Name

**4327 S HWY 27 330**

Number          Street

**Clermont, FL 34711**

City          State          ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$77,350.00**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.34 CEDAR IRA LLC

Nonpriority Creditor's Name

**3410 TALBOT AVE**

Number          Street

**Erlanger, KY 41018**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$58,000.00**

### 4.35 CITIBANK N.A.

Nonpriority Creditor's Name

**388 GREENWICH STREET**

Number          Street

**New York, NY 10013**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**unknown**

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

### 4.36 CITY OF CLEVELAND DIVISION OF WATER

Nonpriority Creditor's Name

**1201 LAKESIDE AVE**

Number          Street

**Cleveland, OH 44114**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **unknown**

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **UTILITY BILL**

### 4.37 CITY OF EVANSVILLE

Nonpriority Creditor's Name

**1 NW ML KING JR. BLVD 310**

Number          Street

**Evansville, IN 47708**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **unknown**

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.38 CLR INNOVATIONS EQRP 401K

Nonpriority Creditor's Name

**12700 HICKORY CREEK ROAD**

Number          Street

_____

**Knoxville, TN 37932**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**unknown**

### 4.39 COMMERCIAL LOAN FUNDING

Nonpriority Creditor's Name

_____

Number          Street

_____

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**unknown**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.40** Consumer Collection Management

Nonpriority Creditor's Name

PO Box 1839

Number          Street

Maryland Heights, MO 63043

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utility Bill**

**unknown**

**4.41** Cornerstone

Nonpriority Creditor's Name

POB BOX 145122

Number          Street

SALT LAKE CITY, UT 84114

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0  0  0  1

**When was the debt incurred?**  8/16/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  _____

**$0.00**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                     **Total claim**

**4.42  Cornerstone Servicing**

Nonpriority Creditor's Name

**PO Box 3398**

Number          Street

**Englewood, CO 80155**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __           **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.43  CV3 ALPHA TRUST**

Nonpriority Creditor's Name

**2101 E EL SEGUNDO BLVD 203**

Number          Street

**El Segundo, CA 90245**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __           **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.44 D&A ELITE VENTURE GROUPS

Nonpriority Creditor's Name

**9299 NW 31ST STREET**

Number          Street

**Polk City, IA 50226**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __          $113,050.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

### 4.45 DAN SCOTT

Nonpriority Creditor's Name

**20 SKIPTON CT**

Number          Street

**Sharpsburg, GA 30277**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __          $62,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                **Total claim**

**4.46**  **DDOT REALTY**                                                                                                   $18,975.00
Nonpriority Creditor's Name

Last 4 digits of account number    __ __ __ __

**3535 NW 3RD AVE 6**

When was the debt incurred?    _____

Number            Street

As of the date you file, the claim is: Check all that apply.

**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated

City            State            ZIP Code

☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.47**  **DEBORAH PAKER**                                                                                                $66,000.00
Nonpriority Creditor's Name

Last 4 digits of account number    __ __ __ __

**5375 SAPPHIRE STREET**

When was the debt incurred?    _____

Number            Street

As of the date you file, the claim is: Check all that apply.

**Rancho Cucamonga, CA 91701**

☐ Contingent
☐ Unliquidated

City            State            ZIP Code

☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page ___ of ___

| Debtor 1 | Curran | Brian | Barker | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

### 4.48 DEPARTMENT OF CODE AND REG
Nonpriority Creditor's Name

**444 SOUTH 5TH STREET**

Number          Street

_____

**Louisville, KY 40202**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __                    **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

### 4.49 Department of Code and Regulation
Nonpriority Creditor's Name

**444 SOUTH 5TH**

Number          Street

_____

**Louisville, KY 40202**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __                    **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utility Bill**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

**4.50**  **DEPARTMENT OF PARKS CITY OF ST LOUIS**

Nonpriority Creditor's Name

**5600 CLAYTON AVE**

Number            Street

**Saint Louis, MO 63110**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **UTLITY BILL**

**unknown**

---

**4.51**  **Dept of Ed/Aidvantage**

Nonpriority Creditor's Name

**1600 TYSON BOULEVARD, ST**

Number            Street

**MCLEAN, VA 75403**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    0  1  8  0

**When was the debt incurred?**    8/16/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  _____

**$6,112.00**

---

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (*if known*) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.52** Deptednelnet

Nonpriority Creditor's Name

PO BOX 82561

Number          Street

LINCOLN, NE 68501

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **1  5  1  9**

**When was the debt incurred?**    1/9/2014

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$0.00**

---

**4.53** DIRECTED TRUST COMPANY

Nonpriority Creditor's Name

6210 WUNDERLIN AVE

Number          Street

San Diego, CA 92114

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$14,997.00**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.54  DOMINION FINANCIAL SERVICES

Nonpriority Creditor's Name

**32 SOUTH STREET**

Number          Street

**Baltimore, MD 21202**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**unknown**

### 4.55  EASTPLAINS CORPORATION

Nonpriority Creditor's Name

**12400 OLIVE BLVD 555**

Number          Street

**Saint Louis, MO 63141**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**unknown**

Debtor 1  **Curran**          **Brian**          **Barker**          Case number *(if known)* _____

Debtor 2  **Ariel**                              **Barker**

First Name         Middle Name         Last Name

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    Total claim

**4.56**  **El Ga Credit Union**

Nonpriority Creditor's Name

**2305 S CENTER RD**

Number        Street

**BURTON, MI 48519**

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0  0  0  1**          $0.00

**When was the debt incurred?**       6/10/2023

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

**4.57**  **ELEVATED HORIZONS LLC**

Nonpriority Creditor's Name

**8963 EDGEWOOD STREET**

Number        Street

**Littleton, CO 80130**

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __          $119,000.00

**When was the debt incurred?**       _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

**4.58**  **EMI GENERAL CONTRACTORS LLC**  |  Last 4 digits of account number   __ __ __ __   |  **unknown**

Nonpriority Creditor's Name

**1170 W MAIN STREET**

Number        Street

When was the debt incurred?   _____

**Lewisville, TX 75067**

City        State        ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.59**  **EQUITY TRUST COMPANY**  |  Last 4 digits of account number   __ __ __ __   |  **unknown**

Nonpriority Creditor's Name

**101 RAINBOW DRIVE 3207**

Number        Street

When was the debt incurred?   _____

**Park City, UT 84098**

City        State        ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|

| Debtor 2 | Ariel | | Barker | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.60**  **EQUITY TRUST COMPANY**                    Last 4 digits of account number  ___ ___ ___ ___                    **$99,000.00**

Nonpriority Creditor's Name

**46 CAMDEN PLACE**                    When was the debt incurred?    _____

Number        Street

                                As of the date you file, the claim is: Check all that apply.

**New Hyde Park, NY 11040**            ☐ Contingent

City        State        ZIP Code        ☐ Unliquidated

                                ☐ Disputed

Who incurred the debt? Check one.

☐ Debtor 1 only                    **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only                    ☐ Student loans

☑ Debtor 1 and Debtor 2 only            ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ At least one of the debtors and another        priority claims

☑ Check if this claim is for a community debt    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                ☑ Other. Specify _____

Is the claim subject to offset?

☑ No

☐ Yes

---

**4.61**  **EQUITY TRUST COMPANY**                    Last 4 digits of account number  ___ ___ ___ ___                    **$345,100.00**

Nonpriority Creditor's Name

**1 EQUITY WAY**                    When was the debt incurred?    _____

Number        Street

                                As of the date you file, the claim is: Check all that apply.

**Westlake, OH 44145**                ☐ Contingent

City        State        ZIP Code        ☐ Unliquidated

                                ☐ Disputed

Who incurred the debt? Check one.

☐ Debtor 1 only                    **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only                    ☐ Student loans

☑ Debtor 1 and Debtor 2 only            ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ At least one of the debtors and another        priority claims

☑ Check if this claim is for a community debt    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                ☑ Other. Specify _____

Is the claim subject to offset?

☑ No

☐ Yes

---

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page ___ of ___

| Debtor 1 | Curran | Brian | Barker | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.       **Total claim**

### 4.62  FAMILY MATTERS RENOVATIONS

Nonpriority Creditor's Name

**7122 DONALD AVE**

Number        Street

**Cleveland, OH 44103**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __       **unknown**

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CONTRACTOR**

### 4.63  Fay Servicing

Nonpriority Creditor's Name

**PO Box 815548**

Number        Street

**Dallas, TX 75381**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __       **unknown**

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.64  FERRARA INVESTMENT LLC**

Nonpriority Creditor's Name

**1533 N PIMA ROAD 305**

Number          Street

**Scottsdale, AZ 85260**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$95,000.00**

**4.65  FREYA FUND LLC**

Nonpriority Creditor's Name

**15333 N PIMA ROAD 305**

Number          Street

**Scottsdale, AZ 85260**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$94,028.00**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

### Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                              **Total claim**

**4.66**  **GARY SANITARY**

Nonpriority Creditor's Name

**PO Box 388**

Number            Street

**Gary, IN 46402**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**unknown**

---

**4.67**  **GOLDEN LEGACY VENTURES & FIRE ON THE MOUNTAIN VENTURES LLC**

Nonpriority Creditor's Name

**13501 ANDULUSIAN DRIVE**

Number            Street

**Matthews, NC 28105**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**unknown**

---

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

**4.68**  **GOLDEN RIDGE IRA LLC**

Nonpriority Creditor's Name

**9299 NW 31ST STREET**

Number          Street

_____

**Polk City, IA 50226**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __          **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.69**  **GOLDEN ROAD INVESTMENT**

Nonpriority Creditor's Name

**55 BEATTIE PLACE 600**

Number          Street

_____

**Greenville, SC 29601**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __          **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

**4.70**    **GRACEFUL INNOVATIONS LLC**

Nonpriority Creditor's Name

**2501 CHATHAM ROAD R**

Number          Street

**Springfield, IL 62704**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
❏ Yes

Last 4 digits of account number    __ __ __ __          **$65,450.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.71**    **Greenbox Loans**

Nonpriority Creditor's Name

**3250 Wilshire Blvd 1900**

Number          Street

**Los Angeles, CA 90010**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
❏ Yes

Last 4 digits of account number    __ __ __ __          **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.72   ICEBOX GROUP

Nonpriority Creditor's Name

**70 W 36TH STREET 13TH FLOOR**

Number          Street

**New York, NY 10018**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

unknown

### 4.73   IEM383 VENTURES

Nonpriority Creditor's Name

**2311 CEDAR STREET**

Number          Street

**El Cerrito, CA 94530**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$74,400.00

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|

| Debtor 2 | Ariel | | Barker | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.74  INVICTUS CAPITAL
Nonpriority Creditor's Name

**PO Box 27740**

Number            Street

**Las Vegas, NV 89126**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$71,500.00**

### 4.75  IRA CLUB
Nonpriority Creditor's Name

**67 E MADISON STREET 1510**

Number            Street

**Chicago, IL 60603**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$40,000.00**

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.76 IRA INNOVATIONS LLC

Nonpriority Creditor's Name

PO Box 360750

Number          Street

Birmingham, AL 35236

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

$34,557.00

### 4.77 JACKSON AND SONS

Nonpriority Creditor's Name

4760 RHODE ISLAND CT

Number          Street

Gary, IN 46402

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CONTRACTOR**

**unknown**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.78** **JBJ 78 CAPITAL**

Nonpriority Creditor's Name

**1089 BLACKWOLF RUN ROAD**

Number          Street

**Davenport, FL 33896**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$30,000.00**

**4.79** **JD INVESTOR LOANS LLC**

Nonpriority Creditor's Name

**26 BIG BOULDER LANE**

Number          Street

**Chelan, WA 98816**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$114,750.00**

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page ___ of ___

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.80 JDG NETWORK SOLUTIONS
Nonpriority Creditor's Name

**4123 WEST ESTES WAY**

Number          Street

**Goodyear, AZ 85338**

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$185,500.00**

### 4.81 JENNIFER WEHMEYER
Nonpriority Creditor's Name

**10021 HIDDEN BLUF**

Number          Street

**Mcgregor, TX 76657**

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$122,570.00**

| | | | |
|---|---|---|---|
| Debtor 1 | Curran | Brian | Barker |
| Debtor 2 | Ariel | | Barker |
| | First Name | Middle Name | Last Name |

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.82  JM PROPERTY CONCEPTS LLC

Nonpriority Creditor's Name

**7901 4TH STREET N 300**

Number          Street

**Saint Petersburg, FL 33702**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __          **$34,500.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

### 4.83  JP Morgan Chase

Nonpriority Creditor's Name

**6409 Congress Ave 100**

Number          Street

**Boca Raton, FL 33487**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __          **unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

### 4.84  Jpmcb Card

Nonpriority Creditor's Name

**PO BOX 15369**

Number          Street

**WILMINGTON, DE 19850**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1  0  3  6          **$26,434.00**

When was the debt incurred?  12/13/2021

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  FlexibleSpendingCreditCard

Nonpriority Creditor's Name

**PO BOX 15369**

| Number | Street |

When was the debt incurred? _____ 1/9/2023

**WILMINGTON, DE 19850**

| City | State | ZIP Code |

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **FlexibleSpendingCreditCard**

---

**4.86** | **Jpmcb Card**

Nonpriority Creditor's Name

**PO BOX 15369**

| Number | Street |

**WILMINGTON, DE 19850**

| City | State | ZIP Code |

Last 4 digits of account number   **9  6  8  8**        $0.00

When was the debt incurred?        **11/6/2021**

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.87** | **Jpmcb Card**

Nonpriority Creditor's Name

**PO BOX 15369**

| Number | Street |

**WILMINGTON, DE 19850**

| City | State | ZIP Code |

Last 4 digits of account number   **6  5  0  0**        $0.00

When was the debt incurred?        **4/12/2024**

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **FlexibleSpendingCreditCard**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.88** | **Jpmcb Card**

Nonpriority Creditor's Name

**PO BOX 15369**

| Number | Street |

**WILMINGTON, DE 19850**

| City | State | ZIP Code |

Last 4 digits of account number   **3  3  1  1**        $0.00

When was the debt incurred?        **3/18/2023**

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only

☐ At least one of the debtors and another
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt
☑ Other. Specify   **FlexibleSpendingCreditCard**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.89 | JT CAPITAL 415 LLC | Last 4 digits of account number ___ ___ ___ ___ | $360,100.00 |

Nonpriority Creditor's Name

**1089 BLACKWOLF RUN ROAD**

Number          Street

When was the debt incurred?   _____

**Davenport, FL 33896**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.90 | JTATX-1 PROEPRTY LLC | Last 4 digits of account number ___ ___ ___ ___ | unknown |

Nonpriority Creditor's Name

**6492 BELGRAVE AVE**

Number          Street

When was the debt incurred?   _____

**Garden Grove, CA 92845**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **FlexibleSpendingCreditCard**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.91 | KANE BICE | Last 4 digits of account number ___ ___ ___ ___ | $89,000.00 |

Nonpriority Creditor's Name

**6111 FIELDSTONE DRIVE**

Number          Street

When was the debt incurred?   _____

**Livermore, CA 94551**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.92 | KAREEM TAYE | Last 4 digits of account number ___ ___ ___ ___ | $39,460.00 |

Nonpriority Creditor's Name

**10118 OBOE DRIVE**

When was the debt incurred?   _____

Houston, TX 77025

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.93 | **Kentucky Private Lending** |
|------|------|

Nonpriority Creditor's Name

309 Evergreen Road 7

Number        Street

Louisville, KY 40243

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                    unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.94 | **KHW FUNDING LLC** |
|------|------|

Nonpriority Creditor's Name

1846 E INNOVATION PARK

Number        Street

Rancho Cucamonga, CA 91701

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                    $66,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.95 | **KINGDOM LEGACY GROUP** |
|------|------|

Nonpriority Creditor's Name

550 IRON HORSE LANE

Number        Street

Midland, NC 28107

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Last 4 digits of account number ___ ___ ___ ___                    $51,750.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

☑ No
☐ Yes

**4.96** **KRISTIN ANN PAYNE BEACH & BOSTON CHRISTOPHER BEACH**

Nonpriority Creditor's Name

**2115 CHICKERING LANE**

Number          Street

**Nashville, TN 37215**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __                    **unknown**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.97** **LEGATRUM SOLUTIONS LLC**

Nonpriority Creditor's Name

**1003 NATIVE TRAIL**

Number          Street

**Rockwall, TX 75032**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __                    **$66,000.00**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.98** **LENDER**

Nonpriority Creditor's Name

**15333 N PIMA ROAD 305**

Number          Street

**Scottsdale, AZ 85260**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __                    **$80,000.00**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.99** **LENDSIMPLI**

Nonpriority Creditor's Name

**500 W WESTSHORE BLVD 960**

Number          Street

**Tampa, FL 33609**

Last 4 digits of account number  __ __ __ __                    **unknown**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.100**

**Lightstream**
Nonpriority Creditor's Name

**PO BOX 849**
Number          Street

**WILSON, NC 27894**
City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8  5  6  7          **$18,290.00**

When was the debt incurred?          **7/19/2024**

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

---

**4.101**

**LOUISVILLE WATER**
Nonpriority Creditor's Name

**PO Box 32460**
Number          Street

**Louisville, KY 40232**
City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __          **unknown**

When was the debt incurred?          _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **UTILITY BILL**

---

**4.102**

**LOUISVILLE-JEFFERSON COUNTY METRO**
Nonpriority Creditor's Name

**611 WEST JEFFERSON STREET**
Number          Street

**Louisville, KY 40202**
City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __          **unknown**

When was the debt incurred?          _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Nonpriority Creditor's Name

**11380 NW 21ST COURT**

Number        Street

**Coral Springs, FL 33071**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.104 | **MA LIZZA LAROZA** | Last 4 digits of account number ___ ___ ___ ___ | $28,750.00 |

Nonpriority Creditor's Name

**470 BUTTONWOOD DRIVE**

Number        Street

**When was the debt incurred?** _____

**Brea, CA 92821**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.105 | **MARIO LOMAZZI** | Last 4 digits of account number ___ ___ ___ ___ | unknown |

Nonpriority Creditor's Name

**304 DALTON CT**

Number        Street

**When was the debt incurred?** _____

**Jeffersonville, IN 47130**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.106 | **MARRS VENTURES LLC** | Last 4 digits of account number ___ ___ ___ ___ | $97,000.00 |

Nonpriority Creditor's Name

**12701 DAIRYWORKS ROAD**

Number        Street

**When was the debt incurred?** _____

**Buda, TX 78610**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
❏ Yes

---

**4.107**

**MCCM REI**
Nonpriority Creditor's Name

**2317 GEORGETOWN PLACE**
Number          Street

**Bellevue, NE 68123**
City          State          ZIP Code

Who incurred the debt? Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
❏ Yes

Last 4 digits of account number   __ __ __ __                    $80,888.00

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

Type of NONPRIORITY unsecured claim:

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.108**

**MCCOR INVESTMENTS**
Nonpriority Creditor's Name

**17005 ESCONDIDA CT**
Number          Street

**Woodway, TX 76712**
City          State          ZIP Code

Who incurred the debt? Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
❏ Yes

Last 4 digits of account number   __ __ __ __                    $47,600.00

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

Type of NONPRIORITY unsecured claim:

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.109**

**MDB PROPERTY SOLUTIONS**
Nonpriority Creditor's Name

**4030 WAKE FOREST ROAD 349**
Number          Street

**Raleigh, NC 27609**
City          State          ZIP Code

Who incurred the debt? Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
❏ Yes

Last 4 digits of account number   __ __ __ __                    $18,975.00

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

Type of NONPRIORITY unsecured claim:

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.110**

**MEPHLOX LLC**
Nonpriority Creditor's Name

**1333 OLD SPANISH TRIAL 165**

Last 4 digits of account number   __ __ __ __                    $6,904.00

When was the debt incurred?   _____

Houston, TX 77054
City                State                ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.111** | **MJ STRATEGIC FUNDING**
Nonpriority Creditor's Name

**8809 S 34TH STREET**
Number          Street

**Florence, KY 41042**
City                State                ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $22,100.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.112** | **NATHAN NOLAN HILLARD**
Nonpriority Creditor's Name

**15 BEAVERBROOK DR**
Number          Street

**Brookhaven, NY 11719**
City                State                ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $76,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.113** | **NDN CAPITAL**
Nonpriority Creditor's Name

**463688 STATE ROAD 321**
Number          Street

**Yulee, FL 32097**
City                State                ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Last 4 digits of account number ___ ___ ___ ___          $52,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.114**   **NEELEMA SOLO 401K PLAN**

Nonpriority Creditor's Name

**329 S OYSTER BAY RD 202**

Number          Street

**Plainview, NY 11803**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __       **$51,170.00**

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.115**   **NEW REZ LLC DBA SHELLPOINT**

Nonpriority Creditor's Name

**PO Box 10826**

Number          Street

**Greenville, SC 29603**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __       **unknown**

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.116**   **NORTHEAST OHIO REGIONAL WATER DISTRICT**

Nonpriority Creditor's Name

**3900 EUCLID AVE**

Number          Street

**Cleveland, OH 44115**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __       **unknown**

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **UTILITY BILL**

---

**4.117**   **NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

Last 4 digits of account number  **6   6   4   0**       **$210,170.00**

When was the debt incurred?       **3/19/2024**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.118**  **NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

City          State          ZIP Code

Last 4 digits of account number   0  7  0  8          $182,505.00

When was the debt incurred?          4/10/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.119**  **NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

City          State          ZIP Code

Last 4 digits of account number   1  8  6  7          $173,963.00

When was the debt incurred?          7/7/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.120**  **NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

City          State          ZIP Code

Last 4 digits of account number   0  7  1  6          $164,661.00

When was the debt incurred?          4/10/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Nonpriority Creditor's Name

601 OFFICE CENTER DR STE

Number        Street

When was the debt incurred?    8/1/2024

FORT WASHINGTON, PA 19034

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.122**  **NR/SMS/CAL**

Nonpriority Creditor's Name

601 OFFICE CENTER DR STE

Number        Street

Last 4 digits of account number    4  4  1  3        $158,935.00

When was the debt incurred?        8/30/2024

FORT WASHINGTON, PA 19034

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.123**  **NR/SMS/CAL**

Nonpriority Creditor's Name

601 OFFICE CENTER DR STE

Number        Street

Last 4 digits of account number    1  4  6  6        $153,249.00

When was the debt incurred?        5/13/2025

FORT WASHINGTON, PA 19034

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.124**  **NR/SMS/CAL**

Nonpriority Creditor's Name

601 OFFICE CENTER DR STE

Number        Street

Last 4 digits of account number    5  4  3  9        $145,114.00

When was the debt incurred?        6/12/2025

FORT WASHINGTON, PA 19034

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.125**

**NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | 0 0 8 6 | $143,776.00 |
|---|---|---|

**When was the debt incurred?**     8/19/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.126**

**NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | 1 6 5 0 | $143,327.00 |
|---|---|---|

**When was the debt incurred?**     5/29/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.127**

**NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | 7 7 5 7 | $141,395.00 |
|---|---|---|

**When was the debt incurred?**     7/1/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.128**

**NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

| Last 4 digits of account number | 8 5 2 0 | $138,836.00 |
|---|---|---|

**When was the debt incurred?**     1/28/2025

FORT WASHINGTON, PA 19034

City                State                ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.129  NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

City                State                ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    1  9  7  9          $126,105.00

When was the debt incurred?         5/29/2025

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.130  NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

City                State                ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  2  1          $119,160.00

When was the debt incurred?         6/5/2025

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.131  NR/SMS/CAL**

Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**

Number          Street

**FORT WASHINGTON, PA 19034**

City                State                ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Last 4 digits of account number    8  3  8  9          $110,764.00

When was the debt incurred?         1/28/2025

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

## 4.132

**NR/SMS/CAL**
Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**
Number          Street

**FORT WASHINGTON, PA 19034**
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 8 3 4 8 | $110,561.00 |

**When was the debt incurred?**          1/1/2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

## 4.133

**NR/SMS/CAL**
Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**
Number          Street

**FORT WASHINGTON, PA 19034**
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 8 2 6 4 | $106,932.00 |

**When was the debt incurred?**          1/31/2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

## 4.134

**NR/SMS/CAL**
Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**
Number          Street

**FORT WASHINGTON, PA 19034**
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 7 2 8 7 | $106,383.00 |

**When was the debt incurred?**          1/31/2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

## 4.135

**NR/SMS/CAL**
Nonpriority Creditor's Name

**601 OFFICE CENTER DR STE**
Number          Street

**FORT WASHINGTON, PA 19034**
City          State          ZIP Code

| Last 4 digits of account number | 1 4 8 2 | $101,459.00 |

**When was the debt incurred?**          5/13/2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
❏ Yes

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

---

| 4.136 | **NWL COMPANY LLC** | Last 4 digits of account number ___ ___ ___ ___ | unknown |

Nonpriority Creditor's Name

**309 WEST 49TH STREET**

Number            Street

**New York, NY 10019**

City            State            ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| 4.137 | **OFFICE OF SEWAGE BILLING** | Last 4 digits of account number ___ ___ ___ ___ | unknown |

Nonpriority Creditor's Name

**17 HARDING AVE 209**

Number            Street

**Terre Haute, IN 47807**

City            State            ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **UTILITY BILL**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| 4.138 | **OKIA PROPERTIES** | Last 4 digits of account number ___ ___ ___ ___ | $46,000.00 |

Nonpriority Creditor's Name

**6326 N OKETO AVE**

Number            Street

**Chicago, IL 60631**

City            State            ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❏ Yes

Nonpriority Creditor's Name

**221 E INDIANOLA AVE**

Number        Street

**Phoenix, AZ 85012**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.140   PALM AVE**

Nonpriority Creditor's Name

**6210 WUNDERLIN AVE**

Number        Street

**San Diego, CA 92114**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___       $395,219.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.141   PANAMBI INVESTMENTS**

Nonpriority Creditor's Name

**1333 OLD SPANISH TRAIL 165**

Number        Street

**Las Vegas, NV 89101**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___       $39,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.142   PARK PLACE MANAGEMENT**

Nonpriority Creditor's Name

**2206 21ST AVE S**

Number        Street

**Nashville, TN 37212**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

**Last 4 digits of account number** ___ ___ ___ ___       $236,912.40

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.143** | **PEAK WEALTH LLC** | **Last 4 digits of account number** __ __ __ __ | **$89,250.00**

Nonpriority Creditor's Name

**4309 NW 153RD STREET**

Number          Street

**When was the debt incurred?** _____

**Edmond, OK 73013**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.144** | **Penn Credit Corporation** | **Last 4 digits of account number** __ __ __ __ | **unknown**

Nonpriority Creditor's Name

**2800 COMMERCE DRIVE**

Number          Street

**When was the debt incurred?** _____

**Harrisburg, PA 17110**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Utility Bill**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.145** | **PLUM CRAZY CAPITAL** | **Last 4 digits of account number** __ __ __ __ | **$36,295.00**

Nonpriority Creditor's Name

**29 E SHORE LAKE OWASSA ROAD**

Number          Street

**When was the debt incurred?** _____

**Newton, NJ 07860**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.146** | **PREMIER LINK LLC** | **Last 4 digits of account number** __ __ __ __ | **$41,500.00**

Nonpriority Creditor's Name

**5900 BALCONES DR 100**

**When was the debt incurred?** _____

Austin, TX 78731

| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.147 PROJECT CLEAR**

Nonpriority Creditor's Name

**PO Box 437**

| Number | Street |

**Saint Louis, MO 63166**

| City | State | ZIP Code |

Last 4 digits of account number ___ ___ ___ ___          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.148 PROJECT CLEAR**

Nonpriority Creditor's Name

**PO Box 437**

| Number | Street |

**Saint Louis, MO 63166**

| City | State | ZIP Code |

Last 4 digits of account number ___ ___ ___ ___          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **UTILITY BILL**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.149 QUICK TURN CONNECTIONS LLC**

Nonpriority Creditor's Name

**1201 EVANS AVE 100**

| Number | Street |

**Fort Worth, TX 76104**

| City | State | ZIP Code |

Last 4 digits of account number ___ ___ ___ ___          **$11,787.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

☑ No
☐ Yes

**4.150**

| | |
|---|---|
| **RACIEL RODRIQUEZ PEREZ** | Last 4 digits of account number __ __ __ __    unknown |
| Nonpriority Creditor's Name | |
| **3130 BURLE BLVD** | When was the debt incurred? _____ |
| Number        Street | |
| | As of the date you file, the claim is: Check all that apply. |
| **Owensboro, KY 42303** | ☐ Contingent |
| City        State        ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CONTRACTOR**

---

**4.151**

| | |
|---|---|
| **RCN CAPITAL** | Last 4 digits of account number __ __ __ __    unknown |
| Nonpriority Creditor's Name | |
| **75 GERBER ROAD E 102** | When was the debt incurred? _____ |
| Number        Street | |
| | As of the date you file, the claim is: Check all that apply. |
| **South Windsor, CT 06074** | ☐ Contingent |
| City        State        ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.152**

| | |
|---|---|
| **REAL LIFE REAL ESTATE** | Last 4 digits of account number __ __ __ __    unknown |
| Nonpriority Creditor's Name | |
| **C//O HAYES & SCHANZER** | When was the debt incurred? _____ |
| **43 WEST 43RD 195** | |
| Number        Street | As of the date you file, the claim is: Check all that apply. |
| **New York, NY 10036** | ☐ Contingent |
| City        State        ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.153**

| | |
|---|---|
| **RH CONSTRUCTION CREW LLC** | Last 4 digits of account number __ __ __ __    unknown |
| Nonpriority Creditor's Name | |
| **2507 JACKSON STREET** | When was the debt incurred? _____ |
| Number        Street | |
| | As of the date you file, the claim is: Check all that apply. |
| **Anderson, IN 46016** | ☐ Contingent |
| City        State        ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CONTRACTOR**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.154**

**RICK AMADOR PLLC**
Nonpriority Creditor's Name

**24 W CAMELBACK ROAD A325**
Number          Street

**Phoenix, AZ 85013**
City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __          **$59,500.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _____

---

**4.155**

**Roadrunner Account Ser**
Nonpriority Creditor's Name

**PO BOX 167888**
Number          Street

**IRVING, TX 75016**
City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  5  9  4  8          **$0.00**

**When was the debt incurred?**  9/17/2021

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  _____

---

**4.156**

**ROCKET MORTGAGE**
Nonpriority Creditor's Name

**1050 WOODWARD AVE**
Number          Street

**Detroit, MI 48226**
City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __          **unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _____

Nonpriority Creditor's Name

**1665 49TH STREET**

Number          Street

**Marion, IA 52302**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.158** | **RS5 ENTERPRISES LLC** | | **$171,360.00**

Nonpriority Creditor's Name

**807 WAUKEGAN ROAD 112**

Number          Street

**Deerfield, IL 60015**

City          State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.159** | **RUSHMORE** | | **unknown**

Nonpriority Creditor's Name

**PO Box 814529**

Number          Street

**Dallas, TX 75381**

City          State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.160** | **S21 CONCEPTS 401K** | | **$89,700.00**

Nonpriority Creditor's Name

**1801 WILLIAMS STREET**

Number          Street

**Chattanooga, TN 37408**

City          State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ At least one of the debtors and another                ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check if this claim is for a community debt           ☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.161**

**SA99 SOLUTIONS LLC**
Nonpriority Creditor's Name

**NE 22ND CT**
Number          Street

**Pompano Beach, FL 33062**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __ __ __ __ | **$238,000.00** |
|---|---|---|

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.162**

**Select Portfolio Servicing, Inc**
Nonpriority Creditor's Name

**Po Box 65250**
Number          Street

**Salt Lake City, UT 84165**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __ __ __ __ | **unknown** |
|---|---|---|

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.163**

**Select Portfolio Svcin**
Nonpriority Creditor's Name

**PO BOX 65250**
Number          Street

**SALT LAKE CITY, UT 84165**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 9 2 8 0 | **$124,983.00** |
|---|---|---|

**When was the debt incurred?**          6/4/2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.164**

**Select Portfolio Svcin**
Nonpriority Creditor's Name

**PO BOX 65250**

| Last 4 digits of account number | 3 0 0 1 | **$115,431.00** |
|---|---|---|

**When was the debt incurred?**          5/30/2025

**SALT LAKE CITY, UT 84165**

| City | State | ZIP Code |

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.165   Selene Finance**

Nonpriority Creditor's Name

**PO Box 8279**

| Number | Street |

**Philadelphia, PA 19101**

| City | State | ZIP Code |

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.166   Selportsvc**

Nonpriority Creditor's Name

**10401 DEERWOOD PARK BLVD**

| Number | Street |

**JACKSONVILLE, FL 32256**

| City | State | ZIP Code |

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   7  5  6  8          **$106,863.00**

**When was the debt incurred?**      6/24/2025

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.167   Selportsvc**

Nonpriority Creditor's Name

**10401 Deewood Park Blvd**

| Number | Street |

**Jacksonville, FL 32256**

| City | State | ZIP Code |

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Last 4 digits of account number   7  2  8  7          **$103,441.00**

**When was the debt incurred?**      6/1/2025

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.168** **SIMAYA INNOVATIONS**

Nonpriority Creditor's Name

**1170 GAYLORD STREET**

Number          Street

**Denver, CO 80210**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __          **$53,550.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.169** **SOLID FOUNDATION LLC**

Nonpriority Creditor's Name

**2870 S GILPIN STREET**

Number          Street

**Denver, CO 80210**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __          **$41,650.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.170** **STACY M CARPENTER**

Nonpriority Creditor's Name

**30422 SADDLERIDGE DRIVE**

Number          Street

**Bulverde, TX 78163**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __          **$230,264.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.171** **STAYWITMI REAL ESTATE**

Nonpriority Creditor's Name

**7901 4TH STREET N 300**

Number          Street

**Saint Petersburg, FL 33702**

City          State          ZIP Code

Last 4 digits of account number  __ __ __ __          **$119,000.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Obligations arising out of a separation agreement or divorce that you did not report as
priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❏ Yes

---

**4.172** | **SUMMITBRIDGE WEALTH MANAGEMENT LLC**
Nonpriority Creditor's Name

**338 JERICHO TPKE 106**

Number          Street

**Syosset, NY 11791**

City          State          ZIP Code

**Who incurred the debt? Check one.**

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

Last 4 digits of account number  __ __ __ __          $150,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.173** | **SUNRISE REAL ESTATE SOLUTIONS**
Nonpriority Creditor's Name

**3433 MYNA LN**

Number          Street

**Miamisburg, OH 45342**

City          State          ZIP Code

**Who incurred the debt? Check one.**

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

Last 4 digits of account number  __ __ __ __          $206,670.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.174** | **T2N INVESTMENT**
Nonpriority Creditor's Name

**470 WHITE HORSE ROAD**

Number          Street

**Wilmington, DE 19810**

City          State          ZIP Code

**Who incurred the debt? Check one.**

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

Last 4 digits of account number  __ __ __ __          $40,250.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Nonpriority Creditor's Name

**755 9TH AVE**

Number          Street

_____

**Marion, IA 52302**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.176**  **THE BANK OF NEW YORK MELLON TRUST**

Nonpriority Creditor's Name

**240 GREENWICH STREET**

Number          Street

_____

**New York, NY 10286**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __          **unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.177**  **THIRTY DOORS LLC**

Nonpriority Creditor's Name

**10045 BALTIMORE NATIONAL PIKE 445**

Number          Street

_____

**Ellicott City, MD 21042**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __          **$34,500.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.178**  **TK MANAGEMENT**

Nonpriority Creditor's Name

**14445 WINDMILL LN**

Number          Street

_____

**Texline, TX 79087**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

**Last 4 digits of account number**  __ __ __ __          **$291,200.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.179** **U S Dept of Ed/Gsl/Atl**

Nonpriority Creditor's Name

**PO BOX 4222**

Number          Street

**IOWA CITY, IA 52244**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   8  4  3  2          $3,385.00

When was the debt incurred?          11/13/2025

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.180** **UD-TALE**

Nonpriority Creditor's Name

**732 S 6TH STREET 8056**

Number          Street

**Las Vegas, NV 89101**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __          $34,500.00

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.181** **ULTIMATE FUNDING**

Nonpriority Creditor's Name

**7631 E GREENWAY ROAD B-2**

Number          Street

**Scottsdale, AZ 85260**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __          $115,500.00

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.182** **UNIFY VENTURES INC**

Nonpriority Creditor's Name

**3225 MCLEOD DRIVE 100**

Last 4 digits of account number   __ __ __ __          $83,300.00

When was the debt incurred?          _____

Las Vegas, NV 89121

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.183  UNLIMITED FUNDING LLC**

Nonpriority Creditor's Name

**7631 E GREENWAY ROAD B-2**

| Number | Street |

**Scottsdale, AZ 85260**

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.184  Us Dept of Ed/Glelsi**

Nonpriority Creditor's Name

**PO BOX 7860**

| Number | Street |

**MADISON, WI 53707**

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    8  5  8  1        **$0.00**

When was the debt incurred?        1/9/2014

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.185  VAN WEHMEYER**

Nonpriority Creditor's Name

**10021 HIDDEN BLUF**

| Number | Street |

**Mcgregor, TX 76657**

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Last 4 digits of account number ___ ___ ___ ___        **$15,000.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

☐ No
☐ Yes

**4.186** | **VASQUEZ R. REMOEDLING LLC**
Nonpriority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___ | unknown

**2507 S SAINT JAMES BLVD**
Number          Street

When was the debt incurred? _____

**Evansville, IN 47714**
City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

Type of NONPRIORITY unsecured claim:

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CONTRACTOR**

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.187** | **VERNON CREATIVE CONSULTING**
Nonpriority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___ | $256,777.00

**79-1 4TH STREET N 300**
Number          Street

When was the debt incurred? _____

**Saint Petersburg, FL 33702**
City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

Type of NONPRIORITY unsecured claim:

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.188** | **VIAMA LLC**
Nonpriority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___ | $85,630.00

**1333 OLD SPANISH TRAIL 165**
Number          Street

When was the debt incurred? _____

**Houston, TX 77054**
City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

Type of NONPRIORITY unsecured claim:

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.189** | **WE FUND SOLUTIONS**
Nonpriority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___ | $50,000.00

**3410 TALBOT AVE**
Number          Street

When was the debt incurred? _____

**Erlanger, KY 41018**
City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.190** **WIC1 UNLIMITED**
Nonpriority Creditor's Name

**2428 ALMEDA AVE 152**
Number          Street

**Norfolk, VA 23513**
City          State          ZIP Code

**Who incurred the debt? Check one.**
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __                    $38,821.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.191** **WIC11 UNLIMITED LLC**
Nonpriority Creditor's Name

**5720 VIRGINIA BEACH BLVD**
Number          Street

**Virginia Beach, VA 23462**
City          State          ZIP Code

**Who incurred the debt? Check one.**
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __                    unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

---

**4.192** **WILMINGTON SAVINGS FUND**
Nonpriority Creditor's Name

**500 DELWARE**
Number          Street

**Wilmington, DE 19801**
City          State          ZIP Code

**Who incurred the debt? Check one.**
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __                    unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Nonpriority Creditor's Name

**8245 CLARHERST DR**

Number          Street

**Bronx, NY 10451**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

| Debtor 1 | Curran | Brian | Barker | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | Total. Add lines 6a through 6d. | 6e. | $0.00 |

**Total claim**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $9,497.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $11,778,806.40 |
| | 6j. | Total. Add lines 6f through 6i. | 6j. | $11,788,303.40 |

Fill in this information to identify your case:

| Debtor 1 | Curran | Brian | Barker | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Ariel | | Barker | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: _____ **Central** District of **California**

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | | |
| | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | Curran | Brian | Barker |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Ariel | | Barker |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California** _____

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors                                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number          Street

      _____
      City                  State              ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor                                    *Column 2:* The creditor to whom you owe the debt

                                                                Check all schedules that apply:

   **3.1** _____
   Name                                                         ☐ Schedule D, line _____

   _____                          ☐ Schedule E/F, line _____
   Number          Street
                                                                ☐ Schedule G, line _____
   _____
   City              State          ZIP Code

   **3.2** _____
   Name                                                         ☐ Schedule D, line _____

   _____                          ☐ Schedule E/F, line _____
   Number          Street
                                                                ☐ Schedule G, line _____
   _____
   City              State          ZIP Code

Official Form 106H                    Schedule H: Codebtors                              page 1 of 1

Fill in this information to identify your case:

| Debtor 1 | Curran | Brian | Barker |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Ariel | | Barker |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Central**    District of    **California**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Union Worker | Temp. |
| **Employer's name** | Teradyne, Inc. | NClose Inc. |
| **Employer's address** | 600 Riverpark Drive | 1274 Willowgreen Court |
| | Number    Street | Number    Street |
| | North Reading, MA 01864 | Westlake Village, CA 91361 |
| | City    State    ZIP Code | City    State    ZIP Code |
| **How long employed there?** | _____ | 1 Month |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $8,076.92 | $2,775.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $8,076.92 | $2,775.00 |

Official Form 106I                    Schedule I: Your Income                    page 1

| Debtor 1 | Curran | Brian | Barker | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | | |
| | First Name | Middle Name | Last Name | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here.................................................. → | 4. | $8,076.92 | $2,775.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $1,306.51 | $300.41 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $601.19 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: __See additional page__ | 5h. + | $62.36 + | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $1,970.06 | $300.41 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $6,106.86 | $2,474.59 |

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | | 8a. | $0.00 | $0.00 |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | | 8c. | $0.00 | $0.00 |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $0.00 |

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h. + | $0.00 + | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $6,106.86 + | $2,474.59 = $8,581.45 |

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. +    _____ $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.    $8,581.45

Combined
monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

Official Form 106I    **Schedule I: Your Income**    page 3

| Debtor 1 | Curran | Brian | Barker | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | |

| | Amount |
|---|---|
| **5h. Other Deductions For Debtor 1** | |
| Dental/Vision/LIfe | $31.18 |
| Other | $31.18 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Curran | Brian | Barker |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Ariel | | Barker |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Central District of California | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $3,800.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $100.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | **Curran** | **Brian** | **Barker** | | | Case number *(if known)* _____ |
|---|---|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | | | |
| | First Name | Middle Name | Last Name | | | |

| | | | | **Your expenses** |
|---|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | | 5. | $0.00 |
| 6. | Utilities: | | | |
| | 6a. Electricity, heat, natural gas | | 6a. | $210.00 |
| | 6b. Water, sewer, garbage collection | | 6b. | $180.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | | 6c. | $325.00 |
| | 6d. Other. Specify: _____ | | 6d. | $0.00 |
| 7. | Food and housekeeping supplies | | 7. | $860.00 |
| 8. | Childcare and children's education costs | | 8. | $0.00 |
| 9. | Clothing, laundry, and dry cleaning | | 9. | $180.00 |
| 10. | Personal care products and services | | 10. | $90.00 |
| 11. | Medical and dental expenses | | 11. | $150.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $750.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | | 13. | $270.00 |
| 14. | Charitable contributions and religious donations | | 14. | $0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | | 15a. | $0.00 |
| | 15b. Health insurance | | 15b. | $0.00 |
| | 15c. Vehicle insurance | | 15c. | $380.00 |
| | 15d. Other insurance. Specify: _____ | | 15d. | $0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16. | $0.00 |
| 17. | Installment or lease payments: | | | |
| | 17a. Car payments for Vehicle 1 **2016 Ford RAM** | | 17a. | $483.00 |
| | 17b. Car payments for Vehicle 2 **2025 Mercedes GLC** | | 17b. | $793.00 |
| | 17c. Other. Specify: _____ | | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | | 17d. | $0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | | 18. | $0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | | 19. | $0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | | |
| | 20a. Mortgages on other property | | 20a. | $0.00 |
| | 20b. Real estate taxes | | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | | 20e. | $0.00 |

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

21. Other. Specify: _____        21.  + _____  $0.00

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.        22a. _____  $8,571.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        22b. _____  $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.        22c. _____  $8,571.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I*.        23a. _____  $8,581.45

23b. Copy your monthly expenses from line 22c above.        23b.  − _____  $8,571.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*        23c. _____  $10.45

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Curran** First Name | **Brian** Middle Name | **Barker** Last Name |
| Debtor 2 (Spouse, if filing) | **Ariel** First Name | Middle Name | **Barker** Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

1a. Copy line 55, Total real estate, from *Schedule A/B*......................................................... **$0.00**

1b. Copy line 62, Total personal property, from *Schedule A/B*............................................. **$71,492.00**

1c. Copy line 63, Total of all property on *Schedule A/B*...................................................... **$71,492.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... **$2,353,930.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... **$0.00**

3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... **+ $9,478,039.40**

Your total liabilities **$11,831,969.40**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of *Schedule I*........................................................ **$8,581.45**

5. *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of *Schedule J*................................................................. **$8,571.00**

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$1,576.15

**9.** Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $9,497.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $9,497.00 |

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____
Curran Brian Barker, Debtor 1              Ariel Barker, Debtor 2

Date __07/07/2026__                        Date __07/07/2026__
    MM/ DD/ YYYY                                MM/ DD/ YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Curran** | **Brian** | **Barker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ariel** | | **Barker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number
(if known)

❑ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    **04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

---

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☑ Married

❑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____ Number  Street _____ City  State  ZIP Code | From _____ To _____ | _____ Number  Street _____ City  State  ZIP Code | From _____ To _____ |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____ Number  Street _____ City  State  ZIP Code | From _____ To _____ | _____ Number  Street _____ City  State  ZIP Code | From _____ To _____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

❑ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

Official Form 107　　　**Statement of Financial Affairs for Individuals Filing for Bankruptcy**　　　page **1**

| Debtor 1 | **Curran** | **Brian** | **Barker** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | |

**Part 2:   Explain the Sources of Your Income**

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $8,076.92 | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $1,380.00 |
| **For last calendar year:** (January 1 to December 31, **2025** ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $40,000.00 | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $40,000.00 |
| **For the calendar year before that:** (January 1 to December 31, **2024** ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $30,000.00 | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $50,000.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:** (January 1 to December 31, **2025** ) YYYY | | | | |
| **For the calendar year before that:** (January 1 to December 31, **2024** ) YYYY | | | | |

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

<div style="background:black;color:white;padding:4px">**Part 3:**  List Certain Payments You Made Before You Filed for Bankruptcy</div>

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br>_____<br>Number     Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | _____ | _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br>_____<br>Number     Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | _____ | _____ | |

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

❏ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number     Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City          State     ZIP Code | | | | |

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

❏ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **SummitBridge Wealth Management LLC et al v. Lighthouse Estates LLC** | **RICO** | **ESTERN DISTRICT OF NEW YORK**<br>Court Name<br>**225 Cadman Plaza E**<br>Number     Street<br>**Brooklyn, NY 11201**<br>City          State     ZIP Code | ☑ Pending<br>❏ On appeal<br>❏ Concluded |
| Case number _____ | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

❏ Yes. Fill in the information below.

Debtor 1    **Curran**        **Brian**        **Barker**
Debtor 2    **Ariel**                          **Barker**

Case number *(if known)* _____

First Name      Middle Name      Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |

_____
Creditor's Name

_____
Number     Street

**Explain what happened**

❏ Property was repossessed.
❏ Property was foreclosed.
❏ Property was garnished.
❏ Property was attached, seized, or levied.

_____
City          State      ZIP Code

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

_____
Creditor's Name

_____
Number     Street

_____
City          State      ZIP Code

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

## Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | _____ | _____ |
| Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City              State   ZIP Code | | | |

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| _____ | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City              State   ZIP Code | | | |

---

**Part 6:   List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❑ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Bryan Diaz Law, A Professional Corp.**<br>Person Who Was Paid | **Attorney's Fee** | **7/12/2026** | **$3,500.00** |
| **701 E Santa Clara Street**<br>Number     Street | | | |
| **Ventura, CA 93001**<br>City          State     ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | _____ |
| Number     Street | | _____ | _____ |
| City          State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

❑ Yes. Fill in the details.

Official Form 107　　　　　　　**Statement of Financial Affairs for Individuals Filing for Bankruptcy**　　　　　　　page **7**

Debtor 1    **Curran**      **Brian**      **Barker**

Debtor 2    **Ariel**      **Barker**

Case number *(if known)* _____

First Name      Middle Name      Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____<br>Person Who Received Transfer | | | _____ |
| _____<br>Number   Street | | | |
| _____<br>City    State   ZIP Code | | | |

Person's relationship to you _____

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❏ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

---

**Part 8:**   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

---

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

❏ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution** | **XXXX–** ___ ___ ___ ___ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other _____ | _____ | _____ |
| _____<br>**Number   Street** | | | | |
| _____<br>**City    State   ZIP Code** | | | | |

Debtor 1    **Curran          Brian           Barker**
Debtor 2    **Ariel                           Barker**                    Case number *(if known)* _____
      First Name     Middle Name     Last Name

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❑ No |
| _____ | _____ | | ❑ Yes |
| **Name of Financial Institution** | **Name** | | |
| | | | |
| _____ | _____ | | |
| **Number     Street** | **Number     Street** | | |
| | _____ | | |
| _____ | **City          State     ZIP Code** | | |
| **City          State     ZIP Code** | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

❑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❑ No |
| _____ | _____ | | ❑ Yes |
| **Name of Storage Facility** | **Name** | | |
| | | | |
| _____ | _____ | | |
| **Number     Street** | **Number     Street** | | |
| | _____ | | |
| _____ | **City          State     ZIP Code** | | |
| **City          State     ZIP Code** | | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

---

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❑ Yes. Fill in the details.

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|----------|------------|-----------|------------|--|
| Debtor 2 | **Ariel** | | **Barker** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

| | Where is the property? | Describe the property | Value |
|--|------------------------|-----------------------|-------|
| **Owner's Name** | **Number    Street** | | |
| **Number    Street** | | | |
| **City        State    ZIP Code** | **City        State    ZIP Code** | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|--|-------------------|-----------------------------------|----------------|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| | **City        State    ZIP Code** | | |
| **City        State    ZIP Code** | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❏ Yes. Fill in the details.

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | **Governmental unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| _____ | _____ | | _____ |
| **Name of site** | **Governmental unit** | | |
| _____ | _____ | | |
| **Number    Street** | **Number    Street** | | |
| _____ | _____ | | |
| | **City          State    ZIP Code** | | |
| _____ | | | |
| **City          State   ZIP Code** | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

| | **Court or agency** | **Nature of the case** | **Status of the case** |
|---|---|---|---|
| **Case title** _____ | _____ | | ❑ Pending |
| | **Court Name** | | ❑ On appeal |
| _____ | _____ | | ❑ Concluded |
| _____ | **Number    Street** | | |
| **Case number** | _____ | | |
| | **City          State    ZIP Code** | | |

## Part 11:  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

❑ An officer, director, or managing executive of a corporation

❑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **REDWOODS REAL ESTATE LLC**<br>**Name** | **REAL ESTATE** | EIN:  3  9 – 3  2  6  7  8  8  5 |
| **1603 CAPITAL AVE 415**<br>**Number    Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| **Cheyenne, WY 82001**<br>**City          State    ZIP Code** | | From  07172025  To _____ |

| Debtor 1 | **Curran** | **Brian** | **Barker** | |
|---|---|---|---|---|
| Debtor 2 | **Ariel** | | **Barker** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | | |
|---|---|---|
| **REDWOODS REAL ESTATE LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| Name | **REAL ESTATE** | EIN: 3 9 – 3 2 6 7 8 8 5 |
| **1603 CAPITAL AVE 415** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number       Street | | From   **07172025**   To _____ |
| **Cheyenne, WY 82001** | | |
| City          State     ZIP Code | | |

| | | |
|---|---|---|
| **LIGHTHOUSE ESTATES LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| Name | | EIN: 9 9 – 1 3 6 5 5 6 0 |
| **5720 BROWN AVE** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number       Street | | From   **02152024**   To _____ |
| **Fort Knox, KY 40121** | | |
| City          State     ZIP Code | | |

| | | |
|---|---|---|
| **RED DOOR LEGACY LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| Name | | EIN: 9 9 – 4 5 1 2 7 4 7 |
| **5720 BROWN AVE** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number       Street | | From   **08/19/2024**   To _____ |
| **Fort Knox, KY 40121** | | |
| City          State     ZIP Code | | |

| | | |
|---|---|---|
| **AVS ESTATES LLAC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| Name | | EIN: 3 3 – 4 0 7 7 7 4 4 |
| **5720 BROWN AVE B** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number       Street | | From   **03/19/2025**   To _____ |
| **Fort Knox, KY 40121** | | |
| City          State     ZIP Code | | |

| | | |
|---|---|---|
| **RED DOOR LEGACY LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| Name | | EIN: 3 9 – 2 2 4 3 9 6 4 |
| **600 BLVD SOUTH SW 104J** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number       Street | | From   **05/20/2025**   To _____ |
| **Huntsville, AL 35802** | | |
| City          State     ZIP Code | | |

| | | | |
|---|---|---|---|
| Debtor 1 | Curran | Brian | Barker |
| Debtor 2 | Ariel | | Barker |
| | First Name | Middle Name | Last Name |

Case number (if known) _____

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No

☐ Yes Fill in the details below

| | Date issued |
|---|---|
| _____ Name | _____ MM / DD / YYYY |
| _____ Number     Street | |
| _____ City          State    ZIP Code | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Signature of Curran Brian Barker, Debtor 1

X _____
Signature of Ariel Barker, Debtor 2

Date 07/07/2026

Date 07/07/2026

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Debtors seek
to surrender
each and every

| Address | City | D U a | Next Maturation | Current Ownership Entity |
|---|---|---|---|---|
| 1111 Edgar St | Evansville | # | Owner-Financed | Lighthouse Estates |
| 3309 Marshall Street | Little Rock | # | Free & Clear | Lighthouse Estates |
| 2915 W Jefferson | Louisville | # | | Red Door Legacy |
| 6109 Pennsylvania Street | St. Louis | # | 12/22/25 | AVS Estates |
| 4508 Morgan Ford Road | St. Louis | # | | Red Door Legacy |
| 4385 Massachusetts St | Gary | # | 1/17/26 | AVS Estates |
| 1101 E Green Place | Gary | # | | Red Door Legacy |
| 1820 W 7th Street | Muncie | # | 2/1/26 | KYPL Holdings |
| 428 S 15th Ave | Terre Haute | # | | Red Door Legacy |
| 6609 S Broadway St | St. Louis | # | | Red Door Legacy |
| 1349 Wright Street | Gary | # | | Red Door Legacy |
| 722 Jackson | Evansville | # | 6/30/25 | 1104 |
| 801 E Columbia Street | Evansville | # | 1/1/26 | KYPL Holdings |
| 421 Vanness Ave | Evansville | # | | Red Door Legacy |
| 1800 Delaware St | Gary | # | | Red Door Legacy |
| 4601 Pennsylvania St | Gary | # | | Red Door Legacy |
| 825 Delaware Street | Gary | # | | Red Door Legacy |
| 2531 W Main St | Louisville | # | | Red Door Legacy |
| 4124 Green Lea Place | St. Louis | # | | Red Door Legacy |
| 2100 s penn | Louisville | # | | Red Door Legacy |
| 6607 S Broadway Ave | St. Louis | # | | Red Door Legacy |
| 1104 Harriet St | Evansville | # | 4/23/26 | Taihe Estates |
| 1934 W Madison St | Louisville | # | | Red Door Legacy |
| 13601 Emily St | Cleveland | # | 9/11/25 | DIL on 3/6/2026 |
| 1521 Pierce Street | Gary | # | | Red Door Legacy |
| 5088 Queens Avenue | St. Louis | # | 1/2/26 | Lighthouse Estates |

| Address | City | # | Date | Entity |
|---|---|---|---|---|
| 1854 W Ormsby Ave | Louisville | # | | Red Door Legacy |
| 10616 Everton Avenue | Cleveland | # | 9/11/25 | Red Door Legacy |
| 273 Tyler Street | Gary | # | 9/7/25 | Lighthouse Estates |
| 2508 Greenwood Ave | Louisville | # | | Red Door Legacy |
| 361 Pierce St | Gary | # | | Red Door Legacy |
| 13108 Tuller St | Detroit | # | 1/16/26 | AVS Estates |
| 1109 Maryland Street | Gary | # | | Red Door Legacy |
| 2723 W Jefferson Street | Louisville | # | | Red Door Legacy |
| 2633 W Kentucky | Louisville | # | | Red Door Legacy |
| 2523 Rowan Street | Louisville | # | | Red Door Legacy |
| 6048 Horton Place | St. Louis | # | | Red Door Legacy |
| 320 E Virginia Street | Evansville | # | 2/1/26 | Lighthouse Estates |
| 4540 9th Ct N | Birmingham | # | | Red Door Legacy |
| 1713 W Oak Street | Louisville | # | | Lighthouse Estates |
| 701 Tennessee Street | Gary | # | | Red Door Legacy |
| 3721 Maffit | St. Louis | # | | Red Door Legacy |
| 411 E 15th Street | Anderson | # | | Red Door Legacy |
| 1603 W Florida St | Evansville | # | | Red Door Legacy |
| 325 E Ridge Road | Gary | # | 3/12/26 | Redwoods Real Estate |
| 14 E Franklin | Evansville | # | 1/1/26 | Ceekou |
| 1257 E 137th St | Cleveland | # | 12/25/25 | Lighthouse Estates |
| 2034 49th Street | Birmingham | # | 11/1/25 | Signed to PML |
| 1720 Fillmore St | Gary | # | 11/8/25 | Lighthouse Estates |
| 1052 S 36th | Louisville | # | | Red Door Legacy |
| 1749 St Louis Avenue | Louisville | # | | Red Door Legacy |
| 1221 Hebert St | St. Louis | # | | Red Door Legacy |
| 2121 Wilson | Louisville | # | | Red Door Legacy |
| 1047 Noble Street | Gary | # | | Red Door Legacy |
| 2369 Industrial Blvd | Gary | # | 11/15/25 | Lighthouse Estates |
| 1934 S Bosse Ave | Evansville | # | | Red Door Legacy |
| 1711 W Kentucky | Louisville | # | | Red Door Legacy |
| 2600 Jackson St | Gary | # | 4/30/26 | AVS Estates |

| Address | City | # | Date | Entity |
|---|---|---|---|---|
| 1518 Purdue | St. Louis | # | | Red Door Legacy |
| 3303 E 117th St | Cleveland | # | | Red Door Legacy |
| 2238 W Oak Street | Louisville | # | | Red Door Legacy |
| 717 Delaware | Gary | # | | Ceekou |
| 1523 Judson St | Evansville | # | 11/20/25 | Lighthouse Estates |
| 1553 Harrison St | Gary | # | 11/23/25 | Lighthouse Estates |
| 2101 Sycamore St | Terre Haute | # | 4/17/26 | GSA DR LLC |
| 874 E 143rd St | Cleveland | # | | Red Door Legacy |
| 2933 Dodier St | St. Louis | # | | Red Door Legacy |
| 1365 Rutledge Street | Gary | # | | Red Door Legacy |
| 815 Elkhart | Gary | # | | Lighthouse Estates |
| 1416 E 84th | Cleveland | # | 11/21/25 | Lighthouse Estates |
| 1128 Harrison St | Gary | # | 1/23/26 | Horizon View Investments |
| 1811 Duncan St | Louisville | # | | Red Door Legacy |
| 5046 Enright Ave | St. Louis | # | | Red Door Legacy |
| 266 King St | Gary | # | 4/30/26 | GSA DR LLC |
| 430 N 28th St | Louisville | # | 1/30/26 | Redwoods Real Estate |
| 1048 S 36th St | Louisville | # | | Red Door Legacy |
| 1531 2nd Ave | Terre Haute | # | 3/5/26 | KYPL Holdings |
| 1009 Ellsworth | Gary | # | | Red Door Legacy |
| 1031 Garfield | Gary | # | | Red Door Legacy |
| 5737 Park Place Lane | St. Louis | # | | Red Door Legacy |
| 1213 S Elliott | Evansville | # | 1/1/26 | KYPL Holdings |
| 2003 E College Avenue | St. Louis | # | | Red Door Legacy |
| 1628 Sherman St | Anderson | # | 1/30/26 | Redwoods Real Estate |
| 102 S 43rd | Louisville | # | | Red Door Legacy |
| 349 Theta Avenue | Birmingham | # | | Red Door Legacy |
| 1430 S 11th 1/2 Street | Terre Haute | # | 6/17/26 | KYPL Holdings |
| 1762 Polk St | Gary | # | 10/16/25 | Lighthouse Estates |
| 1244 Aubert Avenue | St. Louis | # | | Lighthouse Estates |

| Address | City | # | Date | Entity |
|---|---|---|---|---|
| 2408 Elliot | Louisville | # | | Red Door Legacy |
| 604 Maryland Street | Evansville | # | 9/28/25 | Lighthouse Estates |
| 1622 W Ormsby Street | Louisville | # | | Red Door Legacy |
| 1777 S Frederick St | Evansville | # | 12/25/25 | AVS Estates |
| 4435 Parker | Louisville | # | | Red Door Legacy |
| 1723 Hale | Louisville | # | | Red Door Legacy |
| 1132 Van Buren Street | Gary | # | 1/1/26 | Lighthouse Estates |
| 1818 W Jefferson Street | Louisville | # | | Red Door Legacy |
| 1257 E 135th St | Cleveland | # | 12/26/25 | Lighthouse Estates |
| 608 E 43rd Street | Gary | # | | Red Door Legacy |
| 436 Jefferson St | Gary | # | | Red Door Legacy |
| 811 Louisiana | Gary | # | | Red Door Legacy |
| 1401 Georgia Street | Gary | # | | Red Door Legacy |
| 4383 Connecticut Street | Gary | # | | Red Door Legacy |
| 645 W 39th Avenue | Gary | # | | Red Door Legacy |
| 2003 Wilson Avenue | Louisville | # | | Red Door Legacy |
| 2200 Hale Avenue | Louisville | # | | Red Door Legacy |
| 2735 Chase Court | Louisville | # | | Red Door Legacy |
| 1728 Wilson | Louisville | # | | Red Door Legacy |
| 1525 W Ormsby | Louisville | # | | Red Door Legacy |
| 2507 Elliott Avenue | Louisville | # | | Red Door Legacy |
| 614 S 20th | Louisville | # | | Red Door Legacy |
| 1341 Georgia St | Gary | # | 11/7/25 | Lighthouse Estates |
| 12015 Kinsman Rd | Cleveland | # | 3/1/26 | Horizon View Investments |
| 925 W 11th Street | Gary | # | 10/1/25 | AVS Estates |
| 669 S 35th Street | Louisville | # | | Red Door Legacy |
| 216 E 8th Street | Muncie | # | | Red Door Legacy |
| 1411 Uhlhorn St | Evansville | # | 10/23/25 | Lighthouse Estates |
| 1721 W Oak | Louisville | # | | Red Door Legacy |
| 1709 Central Ave | Muncie | # | 10/10/25 | Lighthouse Estates |

| Address | City | | Date | Company |
|---|---|---|---|---|
| 9561 Decatur Road | Detroit | # | | AVS Estates |
| 4309 S 3rd St | Louisville | # | 9/3/25 | Ceekou |
| 2100 S Penn St | Muncie | # | 2/21/26 | AVS Estates |
| 2235 Edmund Avenue | St. Louis | # | 10/17/25 | Red Door Legacy |
| 4147 W Market | Louisville | # | | Red Door Legacy |
| 1521 W Ormsby Avenue | Louisville | # | | Red Door Legacy |
| 30 E Helena Street | Dayton | # | 1/1/26 | AVS Estates |
| 5156 Maryland Street | Gary | # | | Red Door Legacy |
| 1321 Dixie Highway | Louisville | # | | Lighthouse Estates |
| 103 S 43rd St | Louisville | # | | Lighthouse Estates |
| 1007 S 10th St | Terre Haute | # | 9/5/25 | Lighthouse Estates |
| 223 Taylor Ave | Evansville | # | 10/3/25 | Lighthouse Estates |
| 1245 N 9th Street | Terre Haute | # | | Red Door Legacy |
| 2021 Louisiana Street | Gary | # | | Red Door Legacy |
| 3617 Massachussetts St | Gary | # | | Red Door Legacy |
| 1113 W Delaware St | Evansville | # | | Red Door Legacy |
| 1110 Edgar | Louisville | # | | Red Door Legacy |
| 1421 Florence Street | Evansville | # | 12/1/25 | Zira Co |
| 1760 Wickford Road | Cleveland | # | | Red Door Legacy |
| 1016 W Delaware St | Evansville | # | 12/24/25 | AVS Estates |
| 2248 3rd Ave | Terre Haute | # | 1/10/26 | AVS Estates |
| 4520 Clark St | Anderson | # | 1/11/26 | AVS Estates |
| 1938 Elm St | Terre Haute | # | 10/11/25 | Lighthouse Estates |
| 3218 Garland Avenue | Louisville | # | | Lighthouse Estates |
| 1708 W Oak | Louisville | # | | Red Door Legacy |
| 1726 W Gaulbert | Louisville | # | | Red Door Legacy |
| 2306 W Madison St | Louisville | # | | Red Door Legacy |
| 2344 W Chestnut St | Louisville | # | | Red Door Legacy |
| 2627 W Kentucky | Louisville | # | | Red Door Legacy |
| 300 S 39th Street | Louisville | # | | Red Door Legacy |
| 400 S 26th Street | Louisville | # | | Red Door Legacy |

| Address | City | | Date | Company |
|---|---|---|---|---|
| 2627 Northwestern Pkwy | Louisville | # | | Lighthouse Estates |
| 3214 Kirby | Louisville | # | | Red Door Legacy |
| 1819 W Kentucky | Louisville | # | | Red Door Legacy |
| 3028 W Kentucky | Louisville | # | | Red Door Legacy |
| 530 N 26th Street | Louisville | # | | Red Door Legacy |
| 703 Central Ave | Anderson | # | 1/1/26 | Zira Co |
| 3916 N 21st Street | St. Louis | # | | Red Door Legacy |
| 519 S New York Ave | Evansville | # | | Red Door Legacy |
| 497 E 126th Street | Cleveland | # | | Red Door Legacy |
| 820 S 33rd St | Louisville | # | | Red Door Legacy |
| 845 S 37th Street | Louisville | # | | Red Door Legacy |
| 524 N 29th St | Louisville | # | | Red Door Legacy |
| 320 N 27th Street | Louisville | # | | Red Door Legacy |
| 2631 Northwestern Parkway | Louisville | # | | Red Door Legacy |
| 1313 Dixie Highway | Louisville | # | 3/1/26 | KYPL Holdings |
| 1807 S Kerth Avenue | Evansville | # | 9/15/25 | Lighthouse Estates |
| 4742 Maffit | St. Louis | # | | Red Door Legacy |
| 2421 N Oxford Street | Indianapolis | # | | Red Door Legacy |
| 1001 S 43rd | Louisville | # | | Lighthouse Estates |
| 2321 Greenwood | Louisville | # | | Red Door Legacy |
| 1510 S Hackley | Muncie | # | 1/24/26 | Taihe Estates |
| 4205 Monroe Street | Gary | # | 2/1/26 | Zira Co |
| 1246 Carlyon Road | Cleveland | # | 10/15/25 | Lighthouse Estates |
| 4201 Monroe Street | Gary | # | 2/1/26 | Zira Co |
| 118 E Ridge Rd | Gary | # | 1/28/26 | AVS Estates |
| 4257 Massachusetts | Gary | # | 2/1/26 | Lighthouse Estates |
| 4270 Adams Street | Gary | # | 3/1/26 | AVS Estates |
| 1720 Van Buren | Gary | # | 12/31/25 | Ceekou |
| 2301 3rd Ave | Terre Haute | # | 9/13/25 | Lighthouse Estates |
| 914 N Elliott St | Evansville | # | 10/3/25 | Lighthouse Estates |
| 1969 W 14th Street | Gary | # | 3/1/26 | Zira Co |
| 655 S 35th Street | Louisville | # | 3/12/26 | Redwoods Real Estate |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 1300 Lincoln Street | Gary | # | 12/24/25 | Lighthouse Estates |
| 426 Hovey St | Gary | # | 11/20/25 | Lighthouse Estates |
| 830 Lincoln Ave | Evansville | # | | Red Door Legacy |
| 1621 Maryland Street | Gary | # | 3/1/26 | Estella Management |
| 1725 Marcus | St. Louis | # | 9/10/25 | Ceekou |
| 1516 Maryland Street | Gary | # | 12/1/25 | Lighthouse Estates |
| 864 Lincoln Ave | Evansville | # | 1/14/26 | AVS Estates |
| 3067 Marcus Avenue | St. Louis | # | 12/12/25 | DIL on 3/10 |
| 1316 Woodland Ave | Birmingham | # | 11/1/25 | Lighthouse Estates |
| 695 E 157th Street | Cleveland | # | 1/31/26 | AVS Estates |
| 1326 Marshall Street | Gary | # | 11/1/25 | AVS Estates |
| 908 18th Way | Birmingham | # | 11/14/25 | Lighthouse Estates |
| 4120 10th Ave | Birmingham | # | 11/27/25 | Lighthouse Estates |
| 418 62nd St N | Birmingham | # | 1/11/26 | Red Door Legacy (AL) |
| 2636 Garland Avenue | Louisville | # | 3/24/01 | CeeKou |
| 1925 Roosevelt St | Gary | # | 5/26/26 | Taihe Estates |
| 448 Matthews St | Gary | # | 2/28/26 | Lighthouse Estates |
| 1116 N 8th Street | Terre Haute | # | 6/18/26 | KYPL Holdings |
| 1956 Vermont St | Gary | # | 2/26/26 | AVS Estates |
| 929 W 11th Street | Gary | # | 3/2/26 | AVS Estates |
| 4507 E Lynn St | Anderson | # | | Red Door Legacy |
| 2509 St. Xavier Street | Louisville | # | 11/13/25 | AVS Estates |
| 2360 Johnson Street | Gary | # | 10/24/25 | Ceekou |
| 7142 Idaho Avenue | St. Louis | # | 1/9/26 | Ceekou |
| 3829 N 22nd | St. Louis | # | 1/2/26 | Lighthouse Estates |
| 2919 Dodier Avenue | St. Louis | # | 12/12/25 | Lighthouse Estates |
| 2244 Date St | Louisville | # | 5/19/26 | KYPL Holdings |
| 1864 Knowles | Cleveland | # | 10/2/25 | AVS Estates |
| 10924 Grantwood Ave | Cleveland | # | 11/6/25 | Lighthouse Estates |
| 2467 Highland Street | Detroit | # | 10/28/25 | Lighthouse Estates |
| 3416 W 14th Street | Little Rock | # | 11/21/25 | Lighthouse Estates |
| 1807 W Main Street | Louisville | # | 1/1/26 | KYPL Holdings |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 1396 E 90th St | Cleveland | # | 1/1/26 | Horizon View Investments |
| 1685 W 13th Ave | Gary | # | 11/12/25 | Lighthouse Estates |
| 5021 Union Blvd | St. Louis | # | 10/30/25 | AVS Estates |
| 4230 Massachusetts Street | Gary | # | 1/1/26 | Ceekou |
| 4356 Maryland St | Gary | # | 4/14/26 | Lighthouse Estates |
| 1625 W Kentucky St. | Louisville | # | 6/30/26 | GSA DR LLC |
| 1118 W Oregon St | Evansville | # | 10/23/25 | Lighthouse Estates |
| 4468 Massachusetts | Gary | # | 11/6/25 | Lighthouse Estates |
| 1145 Van Buren Street | Gary | # | 1/1/26 | AVS Estates |
| 744 & 740 Tennessee St | Gary | # | 11/29/25 | Lighthouse Estates |
| 5941 Romaine Place | St. Louis | # | 10/28/25 | AVS Estates |
| 933 E Ridge Rd | Gary | # | 1/7/26 | Taihe Estates |
| 2901 Slevin St | Louisville | # | 9/28/25 | KYPL Holdings |
| 2627 N Sarah St | St. Louis | # | 12/12/25 | AVS Estates |
| 3421 E 117th Street | Cleveland | # | 1/1/26 | Ceekou |
| 813 Dennison Avenue | Dayton | # | | Red Door Legacy |
| 673 Vermont | Gary | # | 12/26/25 | AVS Estates |
| 4216 Washington St | Gary | # | 11/29/25 | Lighthouse Estates |
| 569 Maryland St | Gary | # | 2/28/26 | Lighthouse Estates |
| 2829 S 9th 1/2th Street | Terre Haute | # | 2/1/26 | KYPL Holdings |
| 823 S Jackson St | Louisville | # | 3/16/26 | KYPL Holdings |
| 53 Richton Street | Detroit | # | 11/21/25 | AVS Estates |
| 1917 Massachusetts St | Gary | # | 5/21/26 | Taihe Estates |
| 2468 Connecticut Street | Gary | # | 2/1/26 | Lighthouse Estates |
| 11051 Rosemary St | Detroit | # | 9/27/25 | Lighthouse Estates |
| 1725 W Oak | Louisville | # | 8/13/25 | Lighthouse Estates |
| 4172 Madison St | Gary | # | 11/14/25 | Lighthouse Estates |
| 894 E 149th | Cleveland | # | 10/18/25 | Zira Co |
| 4936 Labadie Avenue | St. Louis | # | 11/22/25 | AVS Estates |
| 13900 Cloverlawn St | Detroit | # | 10/15/25 | Signed to PML |
| 8230 Woodlawn Street | Detroit | # | 12/11/25 | Lighthouse Estates |
| 4023 Dryden Avenue | St. Louis | # | 1/31/26 | Ceekou |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 1413-1415 Newhouse Ave | St. Louis | # | 12/2/25 | Lighthouse Estates |
| 5077 Emerson Avenue | St. Louis | # | 11/28/25 | AVS Estates |
| 5071 Durant Avenue | St Louis | # | 12/16/25 | AVS Estates |
| 4658 Natural Bridge Avenue | St. Louis | # | 12/19/25 | AVS Estates |
| 5448 Theodore Avenue | St. Louis | # | 12/12/25 | AVS Estates |
| 5111 Seyburn St | Detroit | # | 1/16/26 | Lighthouse Estates |
| 2111 S 7th St | Louisville | # | 4/23/26 | KYPL Holdings |
| 14134 Seymour St | Detroit | # | 11/5/25 | Lighthouse Estates |
| 4480 Massachusetts Street | Gary | # | 3/4/26 | Red Door Legacy |
| 538 Jackson Street | Gary | # | 1/20/26 | AVS Estates |
| 3439 Seyburn St | Detroit | # | 2/10/26 | Redwoods Real Estate |
| 8099 Olympia St | Detroit | # | 1/30/26 | Redwoods Real Estate |
| 2223 S Valentine St | Little Rock | # | 12/26/25 | AVS Estates |
| 1615 Wilson Ave | Louisville | # | 10/23/25 | KYPL Holdings |
| 2432 Cass St | Gary | # | 2/1/26 | Ceekou |
| 548 Harrison St | Gary | # | 12/11/25 | AVS Estates |
| 707 E Florida | Evansville | # | | Lighthouse Estates |
| 1941 W 10th Place | Gary | # | 1/26/26 | Redwoods Real Estate |
| 5901 Highland Avenue | St. Louis | # | 11/4/25 | AVS Estates |
| 2254 W 9th Ave | Gary | # | 1/10/26 | Lighthouse Estates |
| 1716 Maryland Street | Gary | # | 12/19/25 | Ceekou |
| 1523 Catalpa St | Louisville | # | 6/18/26 | GSA DR LLC |
| 2017 E Wabash Ave | Muncie | # | 12/25/25 | Ceekou |
| 2245 1st Ave | Terra Haute | # | 12/19/25 | Lighthouse Estates |
| 1932 Delaware Street | Gary | # | 1/29/26 | Redwoods Real Estate |
| 5029 Terry Avenue | St Louis | # | 8/27/25 | Lighthouse Estates |
| 116 E Virginia St | Evansville | # | 12/6/25 | Lighthouse Estates |
| 1920 N Wolfe Street | Muncie | # | | Red Door Legacy |
| 9003 Zion City Road | Birmingham | # | 11/15/25 | AVS Estates |
| 3449 Maryland St | Gary | # | 6/1/26 | GSA DR LLC |
| 809 Carolina St | Gary | # | 3/5/26 | Redwoods Real Estate |
| 4959 Lexington Avenue | St Louis | # | 9/4/25 | Lighthouse Estates |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 1025 W 9th | Anderson | # | 10/8/25 | Lighthouse Estates |
| 215 Edmund St | Dayton | # | 9/6/25 | Lighthouse Estates |
| 4188 Adams St | Gary | # | 9/6/25 | Lighthouse Estates |
| 1349 S 26th Street | Louisville | # | 3/9/26 | AVS Estates |
| 1777 W Hill Street | Louisville | # | 2/20/26 | Redwoods Real Estate |
| 712 Van Buren | Gary | # | 10/23/25 | Lighthouse Estates |
| 1366 Burd Ave | St Louis | # | 9/13/25 | Lighthouse Estates |
| 3565 Madison Street | Gary | # | 2/1/26 | Lighthouse Estates |
| 1180 Hanley St | Gary | # | 1/21/26 | Zira Co |
| 116 E Missouri St | Evansville | # | 9/19/25 | Lighthouse Estates |
| 1403 S Governor St | Evansville | # | 2/18/26 | Horizon View Investments |
| 823 W 11th Ave | Gary | # | 11/13/25 | Lighthouse Estates |
| 513 Jackson Ave | Evansville | # | 3/11/26 | Ceekou |
| 1069 Polk St | Gary | # | 9/19/25 | Lighthouse Estates |
| 5967 Minerva Ave | St Louis | # | 9/19/25 | Lighthouse Estates |
| 328 N 20th Street | Louisville | # | 10/1/25 | KYPL Holdings |
| 1058 Dixie Hwy | Louisville | # | 6/18/26 | Red Door Legacy (AL) |
| 13286 Coyle St | Detroit | # | 9/27/25 | Lighthouse Estates |
| 2437 Diamond Ave | Gary | # | 1/1/26 | AVS Estates |
| 4234 Cook Ave | St Louis | # | 9/27/25 | Lighthouse Estates |
| 304 E 16th St | Muncie | # | 3/16/26 | AVS Estates |
| 1038 E 41st Pl | Gary | # | 10/23/25 | Lighthouse Estates |
| 6901 Fullerton Ave | Cleveland | # | 5/17/26 | Zira Co |
| 824 Van Buren st | Gary | # | 1/2/26 | AVS Estates |
| 711 W 10th St | Muncie | # | 3/23/26 | Zira Co |
| 201 Tyler St | Highland Park | # | 9/27/25 | Lighthouse Estates |
| 2244 Osage Ave | Louisville | # | 1/15/26 | Zira Co |
| 1306 Van Buren Street | Gary | # | 10/1/25 | Lighthouse Estates |
| 9904 Bessemer Ave | Cleveland | # | 2/25/26 | JAL Enterprises |
| 310 W Florida St | Evansville | # | 5/6/26 | Ceekou |
| 4212 Delaware St | Anderson | # | 4/20/26 | Horizon View Investments |
| 5157 Ridge Avenue | St Louis | # | 10/3/25 | Lighthouse Estates |

| Address | City | | Date | Company |
|---|---|---|---|---|
| 5963 Romaine Pl | St Louis | # | 10/3/25 | Lighthouse Estates |
| 3736 E 59th St | Cleveland | # | 2/22/26 | AVS Estates |
| 1738 Gaulbert Ave | Louisville | # | 3/8/26 | KYPL Holdings |
| 444 Johnson St | Gary | # | 11/20/25 | Lighthouse Estates |
| 1116 W Georgia St | Evansville | # | 5/18/26 | Redwoods Real Estate |
| 3614 Cora Ave | St Louis | # | 10/3/25 | Lighthouse Estates |
| 2229 W Madison St | Louisville | # | 10/3/25 | Lighthouse Estates |
| 813 W 15th Ave | Gary | # | 2/21/26 | AVS Estates |
| 749 Van Buren St | Gary | # | 2/27/26 | Horizon View Investments |
| 12636 Ilene St | Detroit | # | 10/7/25 | Lighthouse Estates |
| 645 Madison Ave | Evansville | # | 5/19/26 | Lighthouse Estates |
| 403 S 27th St | Louisville | # | 11/8/25 | KYPL Holdings |
| 1156 Van Buren Street | Gary | # | 11/23/25 | AVS Estates |
| 668 Harrison St | Gary | # | 1/21/26 | Zira Co |
| 441 Hovey Street | Gary | # | 11/4/25 | AVS Estates |
| 1834 N Rural St | Indianapolis | # | 5/19/26 | Horizon View Investments |
| 1001 E 71st | Cleveland | # | 10/10/25 | Lighthouse Estates |
| 4277 Stonegarden Lane | Newburgh | # | 2/26/26 | KYPL Holdings |
| 1710 Garland Ave | Louisvile | # | 10/10/25 | Lighthouse Estates |
| 1612 Eastwood Ave | Evansville | # | 5/24/26 | KYPL Holdings |
| 4067 E 123rd St | Cleveland | # | 10/11/25 | Lighthouse Estates |
| 2647 Jackson St | Gary | # | 5/26/26 | Estella Management |
| 29 E Oregon St | Evansville | # | 5/25/26 | Horizon View Investments |
| 972 Durbin St | Gary | # | 1/3/26 | Lighthouse Estates |
| 4416 Pennsylvania | Gary | # | 10/24/25 | Lighthouse Estates |
| 7726 E Canfield St | Detroit | # | 10/15/25 | Lighthouse Estates |
| 2409 Vance St | Little Rock | # | 10/16/25 | Lighthouse Estates |
| 717 E Iowa St | Evansville | # | 5/11/26 | Horizon View Investments |
| 2118 Stanley St | Detroit | # | 10/17/25 | Lighthouse Estates |
| 400 Matthews St | Gary | # | 2/18/26 | AVS Estates |
| 924 W 11th Ave | Gary | # | 2/19/26 | AVS Estates |
| 51 E Mumma Ave | Dayton | # | 2/26/26 | JAL Enterprises |
| 3022 Greenwood Ave | Louisville | # | 10/18/25 | Lighthouse Estates |

| Address | City | | Date | Company |
|---|---|---|---|---|
| 844 Delaware St | Gary | # | 2/26/26 | Horizon View Investments |
| 670 S 41st St | Louisville | # | 10/22/25 | Lighthouse Estates |
| 1278 E 152nd St | Cleveland | # | 10/22/25 | Lighthouse Estates |
| 1625 2nd Avenue | Terre Haute | # | 6/12/26 | KYPL Holdings |
| 217 S Kentucky Ave | Evansville | # | 1/31/26 | Ceekou |
| 133 E 39th Ave | Gary | # | 2/26/26 | Ceekou |
| 137 E 39th Ave | Gary | # | 2/26/26 | JAL Enterprises |
| 2057 Connecticut St | Gary | # | 2/27/26 | Lighthouse Estates |
| 2126 Chapin St | South Bend | # | 3/3/26 | Zira Co |
| 919 S 16th St | Louisville | # | 3/5/26 | KYPL Holdings |
| 1730 Gaulbert Ave | Louisville | # | 3/8/26 | KYPL Holdings |
| 2557 Madison Ave | Granite City | # | 10/25/25 | Lighthouse Estates |
| 2425 Jefferson St | Gary | # | 3/10/26 | AVS Estates |
| 910 W Virginia St | Evansville | # | 2/28/26 | Lighthouse Estates |
| 2390 Connecticut St | Gary | # | 3/11/26 | Ceekou |
| 1277 W 19th Ave | Gary | # | 3/12/26 | Ceekou |
| 1992 Connecticut st | Gary | # | 10/29/25 | Lighthouse Estates |
| 1361 Harrison st | Gary | # | 1/3/26 | AVS Estates |
| 2232 W 12th Ave | Gary | # | 1/10/26 | AVS Estates |
| 2600 Polk St | Gary | # | 9/21/25 | Lighthouse Estates |
| 377 McKinley st | Gary | # | 11/2/25 | Lighthouse Estates |
| 457 Monroe Street | Gary | # | 9/7/25 | Lighthouse Estates |
| 3940 Jefferson | Gary | # | 12/25/25 | Lighthouse Estates |
| 835 Van Buren St | Gary | # | 10/29/25 | Lighthouse Estates |
| 10327 Beechdale St | Detroit | # | 11/1/25 | Lighthouse Estates |
| 2883 E 112th St | Cleveland | # | 11/2/25 | Lighthouse Estates |
| 221 E Florida St | Evansville | # | 10/18/25 | Lighthouse Estates |
| 3915 Madison St | Gary | # | 3/17/26 | AVS Estates |
| 701 E 46th Ave | Gary | # | 11/2/25 | Lighthouse Estates |
| 2885 E 92nd St | Cleveland | # | 11/2/25 | Lighthouse Estates |
| 2657 Springle St | Detroit | # | 11/6/25 | Lighthouse Estates |
| 3275 E 142nd St | Cleveland | # | 3/18/26 | Horizon View Investments |
| 2144 Tennessee St | Gary | # | 3/18/26 | AVS Estates |

| Address | City | | Date | Company |
|---|---|---|---|---|
| 1820 Date St | Louisville | # | 2/21/26 | Redwoods Real Estate |
| 4012 Palm St | St Louis | # | 11/8/25 | Lighthouse Estates |
| 1289 W 19th | Gary | # | 3/19/26 | Ceekou |
| 2166 Rhode Island St | Gary | # | 3/23/26 | Ceekou |
| 277 Waite St | Gary | # | 11/8/25 | Lighthouse Estates |
| 5531 McDougall St | Detroit | # | 11/12/25 | Lighthouse Estates |
| 2346 Cass St | Lake Station | # | 3/23/26 | AVS Estates |
| 614 E 5th St | Anderson | # | 11/15/25 | Lighthouse Estates |
| 571 Pennsylvania st | Gary | # | 11/13/25 | Lighthouse Estates |
| 4132 Johnson St | Gary | # | 3/24/26 | Lighthouse Estates |
| 2621/2623 Johnson St | Gary | # | 11/13/25 | Lighthouse Estates |
| 2025 Connecticut St | Gary | # | 11/14/25 | Lighthouse Estates |
| 7612 Ottawa Rd | Cleveland | # | 3/25/26 | JaL Enterprises |
| 3935 Monroe St | Gary | # | 3/25/26 | Zira Co |
| 910 E 131st St | Cleveland | # | 3/26/26 | Lighthouse Estates |
| 4333 Virginia St | Gary | # | 3/26/26 | AVS Estates |
| 1417 Granville Pl | St Louis | # | 11/16/25 | Lighthouse Estates |
| 1255 W 15th Ave | Gary | # | 3/26/26 | AVS Estates |
| 5456 Wren Ave | St Louis | # | 11/16/25 | Lighthouse Estates |
| 14579 Lappin St | Detroit | # | 11/20/25 | Lighthouse Estates |
| 1737 Northfield Ave | Cleveland | # | 3/29/26 | Lighthouse Estates |
| 4370 Grant St | Gary | # | 3/30/26 | AVS Estates |
| 9114 Wade Park Ave | Cleveland | # | 4/3/26 | VanGuard Haven |
| 3855 Louisiana St | Gary | # | 3/5/26 | GSA DR LLC |
| 1435 Barbour | Terre Haute | # | | Red Door Legacy |
| 2384 W 9th Ave | Gary | # | 4/6/26 | AVS Estates |
| 1949 W 11th | Gary | # | 11/22/25 | Lighthouse Estates |
| 1015 Garfield St | Gary | # | 4/6/26 | AVS Estates |
| 4780 Rhode Island St | Gary | # | 4/6/26 | Ceekou |
| 1771 Hayes St | Gary | # | 4/9/26 | AVS Estates |
| 1120 W 11th Ave | Gary | # | 4/10/26 | Ceekou |
| 4330 Maryland St | Gary | # | 11/22/25 | Lighthouse Estates |
| 2600 E 24th St | Granite City | # | 11/23/25 | Lighthouse Estates |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 216 Prospect St | Beaverdam | # | 4/16/26 | AVS Estates |
| 609 Jackson Ave | Evansville | # | 3/15/26 | Ceekou |
| 6543 Firwood St | Detroit | # | 11/28/25 | Lighthouse Estates |
| 21 E 39th Ave | Gary | # | 11/28/25 | Lighthouse Estates |
| 1279 W 15th Ave | Gary | # | 4/24/26 | AVS Estates |
| 332 Clark Rd | Gary | # | 4/24/26 | Lighthouse Estates |
| 1341 3rd St | Birmingham | # | 11/30/25 | Lighthouse Estates |
| 4054 Lee Ave | St Louis | # | 11/30/25 | Lighthouse Estates |
| 1232 Princeton Ave | Birmingham | # | 11/30/25 | Lighthouse Estates |
| 1161 Mount St | Gary | # | 4/27/26 | AVS Estates |
| 621 Rhode Island St | Gary | # | 4/27/26 | AVS Estates |
| 640 Jefferson Avenue | Evansville | # | 10/1/25 | Lighthouse Estates |
| 340 N 27th St | Louisville | # | 12/6/25 | Lighthouse Estates |
| 2931 Abner Pl | St Louis | # | 12/6/25 | Lighthouse Estates |
| 2424 Powderly Ave | Birmingham | # | 12/6/25 | Lighthouse Estates |
| 2131 E De Soto Ave | St Louis | # | 12/6/25 | Lighthouse Estates |
| 4640 Labadie Ave | St Louis | # | 12/9/25 | Lighthouse Estates |
| 2380 E 40th St | Cleveland | # | 12/10/25 | Lighthouse Estates |
| 3841 McKinley St | Gary | # | 12/11/25 | AVS Estates |
| 3028 Carter St | Detroit | # | 12/12/25 | Lighthouse Estates |
| 837 Virginia St | Gary | # | 12/12/25 | Lighthouse Estates |
| 5240 Lotus | St Louis | # | 12/12/25 | Lighthouse Estates |
| 3920 Louisiana | Gary | # | 9/19/25 | Lighthouse Estates |
| 2548 Adams Street | Gary | # | 4/30/26 | Lighthouse Estates |
| 4097 E 81st St | Cleveland | # | 12/13/25 | Lighthouse Estates |
| 3935 Jefferson St | Gary | # | 4/30/26 | Lighthouse Estates |
| 716 Connecticut St | Gary | # | 4/30/26 | AVS Estates |
| 2515 Jackson St | Gary | # | 5/4/26 | Ceekou |
| 417 Louis Coleman Jr Dr | Louisville | # | 5/3/26 | Zira Co |
| 4136 Adams St | Gary | # | 12/17/25 | Lighthouse Estates |
| 233 S Miller Ave | Albany | # | 5/5/26 | Ceekou |
| 558 Tennessee St | Gary | # | 5/5/26 | Ceekou |
| 505 S 12th St | Richmond | # | 5/5/26 | Taihe Estates |

| Address | City | # | Date | Company |
|---|---|---|---|---|
| 1343 E Franklin Street | Evansville | # | 11/1/25 | Lighthouse Estates |
| 14576 Cherrylawn St | Detroit | # | 12/17/25 | Lighthouse Estates |
| 1730 Fillmore St | Gary | # | 5/7/26 | Starpoint Holdings |
| 2248 W 12th | Gary | # | 12/19/25 | AVS Estates |
| 4628 Harrison St | Gary | # | 5/10/26 | AVS Estates |
| 13122 Jane St | Detroit | # | 12/20/25 | Lighthouse Estates |
| 4450 Labadie Ave | St Louis | # | 12/23/25 | Lighthouse Estates |
| 317 S Grand Avenue | Evansville | # | 6/3/26 | KYPL Holdings |
| 6927 Worley Ave | Cleveland | # | 12/24/25 | Lighthouse Estates |
| 520 N Bauer Street | Muncie | # | 2/1/26 | Lighthouse Estates |
| 972 E 79th St | Cleveland | # | 5/12/26 | JAL Enterprises |
| 6618 Daytona Ave | Louisville | # | 5/12/26 | Ceekou |
| 28 W Montana St | Detroit | # | 12/25/25 | Signed to PML |
| 2453 Madison St | Gary | # | 5/13/26 | Zira Co |
| 3976 Madison St | Gary | # | 5/14/26 | Lighthouse Estates |
| 2730 W Chestnut St | Louisville | # | 5/14/26 | Ceekou |
| 67 S 15th Street | Terre Haute | # | 3/2/26 | Zira Co |
| 405 Pierce St | Gary | # | 5/18/26 | AVS Estates |
| 722 18th Pl SW | Birmingham | # | 12/30/25 | Red Door Legacy (AL) |
| 1141 Pierce St | Gary | # | 10/1/25 | AVS Estates |
| 2125 W 10th Pl | Gary | # | 1/1/26 | AVS Estates |
| 1613 Jackson Ave | Evansville | # | 11/27/25 | Lighthouse Estates |
| 2528 Baker Ave | Evansville | # | 10/10/25 | Lighthouse Estates |
| 1610 Central Ave | Anderson | # | 9/28/25 | Lighthouse Estates |
| 1704 Burgin Ave | Birmingham | # | 1/3/26 | Lighthouse Estates |
| 1724 W Gaulbert | Louisville | # | 1/3/26 | Ceekou |
| 1657 W 40th Ave | Gary | # | 5/21/26 | AVS Estates |
| 2613 Pierce St | Gary | # | 5/21/26 | Ceekou |
| 1928 7th Ave | Terre Haute | # | 4/21/26 | Estella Management |
|  | Muncie | # | 9/30/25 | Ceekou |
| 982 Ralston St | Gary | # | 5/26/26 | AVS Estates |
| 2379 Jackson St | Gary | # 0 | 3/12/26 | Redwoods Real Estate |
| 1031 Nichol Ave | Anderson | # | 11/2/25 | Lighthouse Estates |

| Address | City | | Date | Company |
|---|---|---|---|---|
| 3014 Central Ave | Anderson | # | 12/16/25 | Lighthouse Estates |
| 570 Harrison St | Gary | # | 6/1/26 | Lighthouse Estates |
| 3835 Pennsylvania St | Gary | # | 5/10/26 | Ceekou |
| 506 Rhodes Ave | Akron | # | 5/3/26 | Ceekou |
| 224 E Ridge Rd | Gary | # | 3/22/26 | JAL Enterprises |
| 841 Delaware St | Gary | # | 10/18/25 | AVS Estates |
| 1319 1st Ave | Terre Haute | # | 2/1/26 | Zira Co |
| 1743 W Gaulbert | Louisville | # | 3/8/26 | KYPL Holdings |
| 3290 E 117th St | Cleveland | # | 3/16/26 | Horizon View Investments |
| 2020 Maryland St | Gary | # | 4/29/26 | AVS Estates |
| 5021 Concord St | Detroit | # | 10/25/25 | AVS Estates |
| 514 S 28th St | Louisville | # | 5/26/26 | Zira Co |
| 2022-2024 Palm St | St Louis | # | 10/28/25 | AVS Estates |
| 2417 Johnson St | Gary | # | 3/29/26 | Zira Co |
| 1623 Bryn Mawr Road | East Cleveland | # | 4/29/26 | JAL Solutions LLC |
| 3660 Pennsylvania St | Gary | # | 5/25/26 | JAL Solutions LLC |
| 3719 Kinnear Ave | Indianapolis | # | 6/1/26 | Ceekou |
| 760 Vermont St | Gary | # | 3/24/26 | Ceekou |
| 1603 48th St | Birmingham | # | 2/5/26 | Red Door Legacy (AL) |
| 2411 E 21st St | Gary | # | 1/17/26 | Zira Co |
| 2549 Slevin Street | Louisville | # | 2/1/26 | KYPL Holdings |
| 4337 Cote Brilliante Ave | St Louis | # | 11/7/25 | AVS Estates |
| 3215 Greenwood Avenue | Louisville | # | 1/1/26 | KYPL Holdings |
| 1267 W 15th Ave | Gary | # | 3/29/26 | AVS Estates |
| 1211 22nd Ave N | Birmingham | # | 11/8/25 | AVS Estates |
| 650 Mississippi St | Gary | # | 11/22/25 | Lighthouse Estates |
| 1586 Hayes St | Gary | # | 10/8/25 | Lighthouse Estates |
| 217 W Illinois | Evansville | # | 2/14/26 | Redwoods Real Estate |
| 2416 30th St W | Birmingham | # | 11/14/25 | Red Door Legacy |
| 1304 E 27th S | Anderson | # | 9/27/25 | Lighthouse Estates |
| 104 Saunders Ct | Louisville | # | 10/21/25 | KYPL Holdings |
| 852 Humler Street | Louisville | # | 3/1/26 | KYPL Holdings |
| 10557 W Us Highway 50 | Norman | # | 6/9/26 | KYPL Holdings |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 18 Evergreen Ct | Vine Grove | # | 6/3/26 | KYPL Holdings |
| 1358-1360 W 26th Street | Indianapolis | # | 2/8/26 | Ceekou |
| 1912 Maryland Street | Gary | # | 2/1/26 | Lighthouse Estates |
| 1907 W 10th Pl | Gary | # | 11/20/25 | AVS Estates |
| 9613 Raymond Ave | Cleveland | # | 10/23/25 | Lighthouse Estates |
| 1404 Delmar Ave | Evansville | # | 9/19/25 | KYPL Holdings |
| 710 Jackson | Evansville | # | | Red Door Legacy |
| 2031 W 15th Avenue | Gary | # | 1/1/26 | Lighthouse Estates |
| 302 W Maryland | Evansville | # | | Red Door Legacy |
| 1909-11 W 10th Place | Gary | # | 2/1/26 | Lighthouse Estates |
| 2501 S Michigan St | South Bend | # | 10/3/25 | Lighthouse Estates |
| 2671 Buchanan Street | Gary | # | 12/1/25 | Lighthouse Estates |
| 3840 Massachusetts St | Gary | # | 11/25/25 | Lighthouse Estates |
| 1721 W 22nd St | Little Rock | # | 10/3/25 | Lighthouse Estates |
| 1310 E Indiana St | Evansville | # 0 | 1/18/26 | Zira Co |
| 3409 Maryland St | Gary | # | 11/27/25 | Lighthouse Estates |
| 3384 Maryland St | Gary | # | 11/27/25 | Lighthouse Estates |
| 827 Hazel Street | Louisville | # | | Starpoint Holdings |
| 739 S 37th Street | Louisville | # | | Red Door Legacy |
| 2915 W Market | Louisville | # | | Red Door Legacy |
| 2206 W Ormsby Avenue | Louisville | # | | Red Door Legacy |
| 3404 Maryland St | Gary | # | 8/27/25 | Lighthouse Estates |
| 1724 Garland Ave | Louisville | # | 10/25/25 | AVS Estates |
| 2503 Dumesnil | Louisville | # | | Red Door Legacy |
| 2000 Wilson Ave | Louisville | # | 1/24/26 | DIL completed on 3/16 |
| 1134 S 15th St | Louisville | # | 12/8/25 | Ceekou |
| 351 Matthews St | Gary | # | 9/13/25 | Lighthouse Estates |
| 1611 W Kentucky | Louisville | # | | Red Door Legacy |
| 4079 Fillmore St | Gary | # | 9/14/25 | Lighthouse Estates |
| 2460 Industrial Blvd | Gary | # | 9/19/25 | Lighthouse Estates |
| 2476 Connecticut St | Gary | # | 9/27/25 | Lighthouse Estates |
| 3837 Sunset Ave | Louisville | # | 9/27/25 | KYPL Holdings |
| 509 E Michigan St | Evansville | # | 2/5/26 | Lighthouse Estates |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 4557 Pennsylvania St | Gary | # | 10/3/25 | Lighthouse Estates |
| 1112 Edgar Street | Evansville | # | | Lighthouse Estates |
| 1349 Van Buren St | Gary | # | 3/18/26 | Redwoods Real Estate |
| 823 E 34th Ave | Gary | # | 10/7/25 | Lighthouse Estates |
| 1630 W 14th | Gary | # | 10/8/25 | Lighthouse Estates |
| 701 E 7th St | Muncie | # | | Red Door Legacy |
| 2174 Pierce St | Gary | # | 10/15/25 | Lighthouse Estates |
| 237 E 39th Ave | Gary | # | 10/18/25 | Lighthouse Estates |
| 779 Matthews St | Gary | # | 10/18/25 | Lighthouse Estates |
| 2344 Vermont Ave | Gary | # | 10/23/25 | Lighthouse Estates |
| 2361 Monroe St | Gary | # | 5/14/26 | Redwoods Real Estate |
| 2350 Edison St | Gary | # | 10/25/25 | Lighthouse Estates |
| 2816 Hale Avenue | Louisville | # | | Red Door Legacy |
| 1437 Hemlock St | Louisville | # | 10/29/25 | KYPL Holdings |
| 1336 W 25th Street | Indianapolis | # | | Red Door Legacy |
| 4701 Pennsylvania St | Gary | # | 11/2/25 | Lighthouse Estates |
| 2966 W 10th Pl | Gary | # | 11/7/25 | Lighthouse Estates |
| 2313 Massachusetts | Gary | # | 11/12/25 | Lighthouse Estates |
| 506 N 19th St | Louisville | # | 11/16/25 | KYPL Holdings |
| 4648 Harrison St | Gary | # | 11/20/25 | Lighthouse Estates |
| 2230 W Main Street | Louisville | # | 10/15/25 | AVS Estates |
| 404 Mount St | Gary | # | 11/21/25 | Lighthouse Estates |
| 3712 Delaware St | Gary | # | 11/22/25 | Lighthouse Estates |
| 2376 Pennsylvania St | Gary | # | 11/26/25 | Lighthouse Estates |
| 3571 Virginia St | Gary | # | 11/30/25 | Lighthouse Estates |
| 1921 W 14th Ave | Gary | # | 12/12/25 | Lighthouse Estates |
| 1223 Locust Street | Anderson | # | | Lighthouse Estates |
| 854 Ohio St | Gary | # | 12/16/25 | Lighthouse Estates |
| 210 N 26th Street | Louisville | # | 9/11/25 | Lighthouse Estates |
| 2040 Maryland St | Gary | # | 12/17/25 | Lighthouse Estates |
| 960 Willard St | Gary | # | 12/17/25 | Lighthouse Estates |
| 2129 Dumesnil St | Louisville | # | 10/24/25 | Lighthouse Estates |
| 2213 W Burnett Ave | Louisville | # | 9/27/25 | Lighthouse Estates |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 4742 Connecticut St | Gary | # | 12/17/25 | Lighthouse Estates |
| 1828 Glendale Street | Evansville | # | | Red Door Legacy |
| 1410 E 50th Ct | Gary | # | 1/3/26 | Ceekou |
| 2220 Saint Xavier St | Louisville | # | 1/3/26 | Ceekou |
| 1000 Taft St | Gary | # | 12/25/25 | Lighthouse Estates |
| 4550 Connecticut St | Gary | # | 12/26/25 | Ceekou |
| 659 Hecks St | Louisville | # | 9/10/25 | Lighthouse Estates |
| 4012 Sunset Avenue | Louisville | # | | Red Door Legacy |
| 1826 Dumesnil Street | Louisville | # | | Red Door Legacy |
| 2601 Pierce St | Gary | # | 12/26/25 | Ceekou |
| 1930 S Helfrich | Evansville | # | | Red Door Legacy |
| 4780 Cadillac Blvd | Detroit | # | 1/30/26 | AVS Estates |
| 1727 McArthur Ave | Dayton | # | 1/8/26 | AVS Estates |
| 917 E Jackson | Muncie | # | | Red Door Legacy |
| 2445 Polk St | Gary | # | 1/11/26 | Lighthouse Estates |
| 12859/12867/12875 Coyle St | Detroit | # | 1/14/26 | Redwoods Real Estate |
| 3012 Rowan St | Louisville | # | 1/21/26 | KYPL Holdings |
| 2391 Massachusetts St | Gary | # | 1/25/26 | Lighthouse Estates |
| 608 S 8th Street | Terre Haute | # | | Red Door Legacy |
| 3601 Illinois St | Gary | # | 2/6/26 | Ceekou |
| 626 Barnett St | Vincennes | # | 2/24/26 | Red Door Legacy |
| 4226 Van Buren St | Gary | # | 2/6/26 | Ceekou |
| 1143 Harrison Blvd | Gary | # | 2/8/26 | AVS Estates |
| 3664 Delaware St | Gary | # | 2/13/26 | Zira Co |
| 2601 W Oakwood Dr | Gary | # | 2/13/26 | Zira Co |
| 221 Polk St | Gary | # | 2/21/26 | Redwoods Real Estate |
| 1339-1341 Blackstone Ave | St Louis | # | 1/11/26 | AVS Estates |
| 1740 Fillmore St | Gary | # | 2/15/26 | Zira Co |
| 4428 Farlin Ave | St. Louis | # | 1/31/26 | Redwoods Real Estate |
| 3110 N Prairie Ave | St Louis | # | 11/6/25 | Lighthouse Estates |
| 1901 Bacon St | St Louis | # | 12/20/25 | Lighthouse Estates |
| 3719 Palm Street | St Louis | # | 9/13/25 | Lighthouse Estates |
| 3934 Sullivan Ave | St Louis | # | 11/15/25 | Lighthouse Estates |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 1200 Garfield Ave | Gary | # | 10/29/25 | Lighthouse Estates |
| 2233 W 9th | Gary | # | 12/13/25 | Lighthouse Estates |
| 373 Pilgrim St | Highland Park | # | 2/20/26 | Lighthouse Estates |
| 947 S 16th St | Louisville | # | 2/8/26 | KYPL Holdings |
| 1318 & 1320 Swisher Ave | Dayton | # | 11/14/25 | Lighthouse Estates |
| 2905 Harper | St. Louis | # | 12/20/25 | AVS Estates |
| 4481 Belford Rd | Holly | # | 2/24/26 | Ceekou |
| 2316 W 11th Street | Muncie | # | | Red Door Legacy |
| 1402 N 26th | Terre Haute | # | | Red Door Legacy |
| 2308 W 1st | Terre Haute | # | | Red Door Legacy |
| 2243 Date St | Louisville | # | 10/29/25 | KYPL Holdings |
| 1311 S Ebright Street | Muncie | # | | Lighthouse Estates |
| 4393 Kentucky St | Gary | # | 10/3/25 | KYPL Holdings |
| 1121 Tyler St | Gary | # | 12/17/25 | Lighthouse Estates |
| 2732 Chase Ct | Louisville | # | 10/7/25 | KYPL Holdings |
| 1416 Delmar | Evansville | # | 1/3/26 | KYPL Holdings |
| 2315 Jefferson St | Gary | # | 9/13/25 | Lighthouse Estates |
| 1722 Gallagher | Louisville | # | 6/18/26 | Red Door Legacy (AL) |
| 104 E Jackson St | 5-Dec-06 | # | 6/5/26 | Zira Co |
| 423 S 16th Street | Terre Haute | # | | Lighthouse Estates |
| 1690 W 12th Ave | Gary | # | 3/30/26 | Lighthouse Estates |
| 120 Kathy Ln | Brooklyn | # | 2/10/26 | VanGuard Haven |
| 4385 Kentucky St | Gary | # | 1/17/26 | AVS Estates |
| 4359 Grant St | Gary | # | 1/29/26 | Lighthouse Estates |
| 646 Maryland St | Gary | # | 1/28/26 | Zira Co |
| 103 N Forest Ave | Brazil | # | 4/29/26 | AVS Estates |
| 4276 E Kossuth | St. Louis | # | | Lighthouse Estates |
| 904 Paxton Rd | Cleveland | | | |
| 3509 Modena Street | Dayton | | | |
| 730 N 74th St | East St. Louis | # | Owner-Financed | Lighthouse Estates |
| 1517 W Missouri | Evansville | # | Free & Clear | Lighthouse Estates |
| 1511 W Florida | Evansville | | | |
| 1836 Ellis Rd | Eminence | # | 11/14/25 | Ceekou |

| Address | City | | Date | Entity |
|---|---|---|---|---|
| 312 Kammer | Dayton | # | 5/14/26 | Lighthouse Estates |
| 2413 Industrial Blvd | Gary | # | 3/19/26 | Ceekou |
| 998 East 129th Street | Cleveland | # | 3/18/26 | Taihe Estates |
| 2114 Dumesnil St | Louisville | # | 1/19/25 | Lighthouse Estates |
| 1425 Hazel Street | Louisville | | | |
| 1438 S 7th | Louisville | | | |
| 1427 South 28th St | Louisville | # | 3/3/26 | Redwoods Real Estate |
| 1101 Willow St | Shelbyville | # | 4/23/26 | Ceekou |
| 3032 N 11th | Terre Haute | | | |
| 516 E 103rd Street | Cleveland | | | |

E

G

Fill in this information to identify your case:

| Debtor 1 | Curran | Brian | Barker |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Ariel | | Barker |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  **Central District of California**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                  12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **Ally Financial**<br><br>Description of property securing debt:  **2016 Ford RAM** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| Debtor 1 | Curran | Brian | Barker |
| Debtor 2 | Ariel | | Barker |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name | ☐ No |
| Description of leased property | ☐ Yes |
| Lessor's name | ☐ No |
| Description of leased property | ☐ Yes |
| Lessor's name | ☐ No |
| Description of leased property | ☐ Yes |
| Lessor's name | ☐ No |
| Description of leased property | ☐ Yes |
| Lessor's name | ☐ No |
| Description of leased property | ☐ Yes |
| Lessor's name | ☐ No |
| Description of leased property | ☐ Yes |
| Lessor's name | ☐ No |
| Description of leased property | ☐ Yes |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____   X _____
Signature of Debtor 1              Signature of Debtor 2

Date 07/07/2026                    Date 07/07/2026
    MM/ DD/ YYYY                        MM/ DD/ YYYY

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

**In re**   Barker, Curran Brian

Barker, Ariel                                    Case No. _____

**Debtor**                                        Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................................    $3500

    Prior to the filing of this statement I have received ......................................    $3500

    Balance Due ..........................................................................................    0

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**07/07/2026**
_____
*Date*

_____
Bryan Diaz
*Signature of Attorney*

Bar Number: 219905
Bryan Diaz Law, A Professional Corp.
701 E Santa Clara Street
Ventura, CA 93001
Phone: (805) 652-1284

**Bryan Diaz Law, A Professional Corp.**
_____
*Name of law firm*

---

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Curran | Brian | Barker |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Ariel | | Barker |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District of California | |
| Case number (if known) | | |

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income
12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $1,346.15 | $230.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| | | |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $0.00 | $0.00 |

| Debtor 1 | Curran | Brian | Barker |
|---|---|---|---|
| Debtor 2 | Ariel | | Barker |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation** — $0.00 / $0.00

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: .................................. ↓

For you................................................................ $0.00

For your spouse.................................................. $0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $0.00 / $0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $1,346.15  +  $230.00  =  $1,576.15

**Total current monthly income**

## Part 2: Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year. Follow these steps:**

12a. Copy your total current monthly income from line 11........................... Copy line 11 here → $1,576.15

Multiply by 12 (the number of months in a year).   X 12

12b. The result is your annual income for this part of the form.   12b. $18,913.80

**13. Calculate the median family income that applies to you. Follow these steps:**

Fill in the state in which you live.   California

Fill in the number of people in your household.   2

Fill in the median family income for your state and size of household..........................   13. $102,797.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| Debtor 1 | Curran | Brian | Barker | |
|---|---|---|---|---|
| Debtor 2 | Ariel | | Barker | |
| | First Name | Middle Name | Last Name | Case number (if known) _____ |

## Part 3:  Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____

Signature of Debtor 1

X _____

Signature of Debtor 2

Date 07/07/2026
MM/ DD/ YYYY

Date 07/07/2026
MM/ DD/ YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form

Attorney or Party Name, Address, Telephone & FAX
Nos, State Bar No. & Email Address

Bryan Diaz
Bar Number: 219905
Bryan Diaz Law, A Professional Corp.
701 E Santa Clara Street
Ventura, CA 93001
Phone: (805) 652-1284
Email: bryan@bryandiazlaw.onmicrosoft.com

☐ Debtor(s) appearing without attorney
☑ Attorney for Debtor(s)

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

In re:

Curran Brian Barker
Ariel Barker

CASE NO:

CHAPTER: 7

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

## [LBR 1007-1(a)]

Debtor(s)

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___21___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___07/07/2026___

_____
Signature of Debtor 1

Date: ___07/07/2026___

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: ___07/07/2026___

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

**4G CREATIVE LLC**
755 9TH AVE
Marion, IA 52302

**4G INVESTMENTS**
755 9TH AVE
Marion, IA 52302

**A& N DIVINE SOLUTIONS**
7901 14TH STREET N 300
Saint Petersburg, FL 33702

**ACCELERATED GROWTH CAPITAL**
508 MAIN STREET A
Evansville, IN 47708

**ADELINO AMARAL**
10114 OBOE DR
Houston, TX 77025

**Ally Financial**
500 WOODWARD AVE
DETROIT, MI 48226

**ALTAMONT SOLUTIONS LLC**
6111 FIELDSTONE DRIVE
Livermore, CA 94551

**Amex**
PO BOX 297871
FORT LAUDERDALE, FL 33329

**AMP PROPERTY GROUP**
8 THE GREEN A
Dover, DE 19901

**AMPM GROUP**
96 SIGNS ROAD
Staten Island, NY 10314

**ANDERSON CITY UITLITY**
PO Box 2100
Harrisburg, PA 17110

**Apple Card/Gs Bank Usa**
LOCKBOX 6112 PO BOX 7247
PHILADELPHIA, PA 19170

**ARNA PREMIER PROPERTY**
329 S OYSTER BAY RD 202
Plainview, NY 11803

**B32 VENTURES LLC**
133 ROCKINGHAM DR
Murfreesboro, TN 37129

**BACK POCKET OPS**
14316 REESE BLVD W 1739
Huntersville, NC 28078

**BANK OF AMERICA**
4909 SAVARESE CIR FL 19080147
TAMPA, FL 336342413

**Barclays Bank Delaware**
PO BOX 8803
WILMINGTON, DE 19899

**BERKSHIRE HATHAWAY**
12400 OLIVE BLVD 555
Saint Louis, MO 63141

**BERTRAND BLAIN**
26 FULTON DR
Stafford, VA 22554

**BMOREHOMEBUYERS LLC**
1004 BREEZEWICK ROAD
Towson, MD 21286

**BRIDGING PURPOSE LLC**
8580 COMMONS CT.
Florence, KY 41042

**BUENAVIDA PROPERTIES**
525 ROUTE 73
Marlton, NJ 08053

**BULWARK INVESTMENTS**
5810 SHELBRY OAKS DRIVE B
Memphis, TN 38134

**C2MM LLC**
3356 BUCKBOARD DRIVE
Park City, UT 84098

**C2MM LLC EQRP 401K**
3356 BUCKBOARD DRIVE
Park City, UT 84098

**CAPITAL ONE**
ATTN BANKRUPTCY
PO BOX 30253
Salt Lake City, UT 84130

**CASEN DO REI FUNDING**
3060 WILLIAMS DRIVE 300
Fairfax, VA 22031

**CC VENTURE INNOVATIONS LLC**
4327 S HWY 27 330
Clermont, FL 34711

**CEDAR IRA LLC**
3410 TALBOT AVE
Erlanger, KY 41018

**CITIBANK N.A.**
388 GREENWICH STREET
New York, NY 10013

**CITY OF CLEVELAND DIVISION OF WATER**
1201 LAKESIDE AVE
Cleveland, OH 44114

**CITY OF EVANSVILLE**
1 NW ML KING JR. BLVD 310
Evansville, IN 47708

**CLR INNOVATIONS EQRP
401K**
12700 HICKORY CREEK ROAD
Knoxville, TN 37932

**COMMERCIAL LOAN FUNDING**

**Consumer Collection
Management**
PO Box 1839
Maryland Heights, MO 63043

**Cornerstone**
POB BOX 145122
SALT LAKE CITY, UT 84114

**Cornerstone Servicing**
PO Box 3398
Englewood, CO 80155

**CV3 ALPHA TRUST**
2101 E EL SEGUNDO BLVD 203
El Segundo, CA 90245

**D&A ELITE VENTURE GROUPS**
9299 NW 31ST STREET
Polk City, IA 50226

**DAN SCOTT**
20 SKIPTON CT
Sharpsburg, GA 30277

**DDOT REALTY**
3535 NW 3RD AVE 6
Boca Raton, FL 33431

**DEBORAH PAKER**
5375 SAPPHIRE STREET
Rancho Cucamonga, CA 91701

**DEPARTMENT OF CODE AND REG**
444 SOUTH 5TH STREET
Louisville, KY 40202

**Department of Code and Regulation**
444 SOUTH 5TH
Louisville, KY 40202

**DEPARTMENT OF PARKS CITY OF ST LOUIS**
5600 CLAYTON AVE
Saint Louis, MO 63110

**Dept of Ed/Aidvantage**
1600 TYSON BOULEVARD, ST
MCLEAN, VA 75403

**Deptednelnet**
PO BOX 82561
LINCOLN, NE 68501

**DIRECTED TRUST COMPANY**
6210 WUNDERLIN AVE
San Diego, CA 92114

**DOMINION FINANCIAL
SERVICES**
32 SOUTH STREET
Baltimore, MD 21202


**EASTPLAINS CORPORATION**
12400 OLIVE BLVD 555
Saint Louis, MO 63141


**El Ga Credit Union**
2305 S CENTER RD
BURTON, MI 48519


**ELEVATED HORIZONS LLC**
8963 EDGEWOOD STREET
Littleton, CO 80130


**EMI GENERAL CONTRACTORS
LLC**
1170 W MAIN STREET
Lewisville, TX 75067


**EQUITY TRUST COMPANY**
101 RAINBOW DRIVE 3207
Park City, UT 84098


**EQUITY TRUST COMPANY**
46 CAMDEN PLACE
New Hyde Park, NY 11040


**EQUITY TRUST COMPANY**
1 EQUITY WAY
Westlake, OH 44145

**FAMILY MATTERS
RENOVATIONS**
7122 DONALD AVE
Cleveland, OH 44103

**Fay Servicing**
PO Box 815548
Dallas, TX 75381

**FERRARA INVESTMENT LLC**
1533 N PIMA ROAD 305
Scottsdale, AZ 85260

**FREYA FUND LLC**
15333 N PIMA ROAD 305
Scottsdale, AZ 85260

**GARY SANITARY**
PO Box 388
Gary, IN 46402

**GOLDEN LEGACY VENTURES &
FIRE ON THE MOUNTAIN
VENTURES LLC**
13501 ANDULUSIAN DRIVE
Matthews, NC 28105

**GOLDEN RIDGE IRA LLC**
9299 NW 31ST STREET
Polk City, IA 50226

**GOLDEN ROAD INVESTMENT**
55 BEATTIE PLACE 600
Greenville, SC 29601

**GRACEFUL INNOVATIONS LLC**
2501 CHATHAM ROAD R
Springfield, IL 62704

**Greenbox Loans**
3250 Wilshire Blvd 1900
Los Angeles, CA 90010

**ICEBOX GROUP**
70 W 36TH STREET 13TH FLOOR
New York, NY 10018

**IEM383 VENTURES**
2311 CEDAR STREET
El Cerrito, CA 94530

**INVICTUS CAPITAL**
PO Box 27740
Las Vegas, NV 89126

**IRA CLUB**
67 E MADISON STREET 1510
Chicago, IL 60603

**IRA INNOVATIONS LLC**
PO Box 360750
Birmingham, AL 35236

**JACKSON AND SONS**
4760 RHODE ISLAND CT
Gary, IN 46402

**JBJ 78 CAPITAL**
1089 BLACKWOLF RUN ROAD
Davenport, FL 33896

**JD INVESTOR LOANS LLC**
26 BIG BOULDER LANE
Chelan, WA 98816

**JDG NETWORK SOLUTIONS**
4123 WEST ESTES WAY
Goodyear, AZ 85338

**JENNIFER WEHMEYER**
10021 HIDDEN BLUF
Mcgregor, TX 76657

**JM PROPERTY CONCEPTS LLC**
7901 4TH STREET N 300
Saint Petersburg, FL 33702

**JP Morgan Chase**
6409 Congress Ave 100
Boca Raton, FL 33487

**Jpmcb Card**
PO BOX 15369
WILMINGTON, DE 19850

**JT CAPITAL 415 LLC**
1089 BLACKWOLF RUN ROAD
Davenport, FL 33896

**JTATX-1 PROEPRTY LLC**
6492 BELGRAVE AVE
Garden Grove, CA 92845


**KANE BICE**
6111 FIELDSTONE DRIVE
Livermore, CA 94551


**KAREEM TAYE**
10118 OBOE DRIVE
Houston, TX 77025


**Kentucky Private Lending**
309 Evergreen Road 7
Louisville, KY 40243


**KHW FUNDING LLC**
1846 E INNOVATION PARK
Rancho Cucamonga, CA 91701


**KINGDOM LEGACY GROUP**
550 IRON HORSE LANE
Midland, NC 28107


**KRISTIN ANN PAYNE BEACH
& BOSTON CHRISTOPHER
BEACH**
2115 CHICKERING LANE
Nashville, TN 37215

**LEGATRUM SOLUTIONS LLC**
1003 NATIVE TRAIL
Rockwall, TX 75032

**LENDER**
15333 N PIMA ROAD 305
Scottsdale, AZ 85260

**LENDSIMPLI**
500 W WESTSHORE BLVD 960
Tampa, FL 33609

**Lightstream**
PO BOX 849
WILSON, NC 27894

**LOUISVILLE WATER**
PO Box 32460
Louisville, KY 40232

**LOUISVILLE-JEFFERSON
COUNTY METRO**
611 WEST JEFFERSON STREET
Louisville, KY 40202

**LUCID INSIGHT 401K**
11380 NW 21ST COURT
Coral Springs, FL 33071

**MA LIZZA LAROZA**
470 BUTTONWOOD DRIVE
Brea, CA 92821

**MARIO LOMAZZI**
304 DALTON CT
Jeffersonville, IN 47130

**MARRS VENTURES LLC**
12701 DAIRYWORKS ROAD
Buda, TX 78610


**MCCM REI**
2317 GEORGETOWN PLACE
Bellevue, NE 68123


**MCCOR INVESTMENTS**
17005 ESCONDIDA CT
Woodway, TX 76712


**MDB PROPERTY SOLUTIONS**
4030 WAKE FOREST ROAD 349
Raleigh, NC 27609


**MEPHLOX LLC**
1333 OLD SPANISH TRIAL 165
Houston, TX 77054


**Mercedes Benz Financia**
36455 CORPORATE DR
FARMINGTON HILLS, MI 48331


**MJ STRATEGIC FUNDING**
8809 S 34TH STREET
Florence, KY 41042


**NATHAN NOLAN HILLARD**
15 BEAVERBROOK DR
Brookhaven, NY 11719

**NDN CAPITAL**
463688 STATE ROAD 321
Yulee, FL 32097

**NEELEMA SOLO 401K PLAN**
329 S OYSTER BAY RD 202
Plainview, NY 11803

**NEW REZ LLC DBA SHELLPOINT**
PO Box 10826
Greenville, SC 29603

**NORTHEAST OHIO REGIONAL WATER DISTRICT**
3900 EUCLID AVE
Cleveland, OH 44115

**NR/SMS/CAL**
601 OFFICE CENTER DR STE
FORT WASHINGTON, PA 19034

**NWL COMPANY LLC**
309 WEST 49TH STREET
New York, NY 10019

**OFFICE OF SEWAGE BILLING**
17 HARDING AVE 209
Terre Haute, IN 47807

**OKIA PROPERTIES**
6326 N OKETO AVE
Chicago, IL 60631

**OUTER LLC**
221 E INDIANOLA AVE
Phoenix, AZ 85012

**PALM AVE**
6210 WUNDERLIN AVE
San Diego, CA 92114

**PANAMBI INVESTMENTS**
1333 OLD SPANISH TRAIL 165
Las Vegas, NV 89101

**PARK PLACE MANAGEMENT**
2206 21ST AVE S
Nashville, TN 37212

**PEAK WEALTH LLC**
4309 NW 153RD STREET
Edmond, OK 73013

**Penn Credit Corporation**
2800 COMMERCE DRIVE
Harrisburg, PA 17110

**PLUM CRAZY CAPITAL**
29 E SHORE LAKE OWASSA ROAD
Newton, NJ 07860

**PREMIER LINK LLC**
5900 BALCONES DR 100
Austin, TX 78731

**PROJECT CLEAR**
PO Box 437
Saint Louis, MO 63166

**PROJECT CLEAR**
PO Box 437
Saint Louis, MO 63166

**QUICK TURN CONNECTIONS LLC**
1201 EVANS AVE 100
Fort Worth, TX 76104

**RACIEL RODRIQUEZ PEREZ**
3130 BURLE BLVD
Owensboro, KY 42303

**RCN CAPITAL**
75 GERBER ROAD E 102
South Windsor, CT 06074

**REAL LIFE REAL ESTATE**
C//O HAYES & SCHANZER
43 WEST 43RD 195
New York, NY 10036

**RH CONSTRUCTION CREW LLC**
2507 JACKSON STREET
Anderson, IN 46016

**RICK AMADOR PLLC**
24 W CAMELBACK ROAD A325
Phoenix, AZ 85013

**Roadrunner Account Ser**
PO BOX 167888
IRVING, TX 75016

**ROCKET MORTGAGE**
1050 WOODWARD AVE
Detroit, MI 48226

**ROSCO INVESTMENTS LLC**
1665 49TH STREET
Marion, IA 52302

**RS5 ENTERPRISES LLC**
807 WAUKEGAN ROAD 112
Deerfield, IL 60015

**RUSHMORE**
PO Box 814529
Dallas, TX 75381

**S21 CONCEPTS 401K**
1801 WILLIAMS STREET
Chattanooga, TN 37408

**SA99 SOLUTIONS LLC**
NE 22ND CT
Pompano Beach, FL 33062

**Select Portfolio Servicing, Inc**
Po Box 65250
Salt Lake City, UT 84165

**Select Portfolio Svcin**
PO BOX 65250
SALT LAKE CITY, UT 84165

**Selene Finance**
PO Box 8279
Philadelphia, PA 19101

**Selportsvc**
10401 DEERWOOD PARK BLVD
JACKSONVILLE, FL 32256

**Selportsvc**
10401 Deewood Park Blvd
Jacksonville, FL 32256

**SIMAYA INNOVATIONS**
1170 GAYLORD STREET
Denver, CO 80210

**SOLID FOUNDATION LLC**
2870 S GILPIN STREET
Denver, CO 80210

**STACY M CARPENTER**
30422 SADDLERIDGE DRIVE
Bulverde, TX 78163

**STAYWITMI REAL ESTATE**
7901 4TH STREET N 300
Saint Petersburg, FL 33702

**SUMMITBRIDGE WEALTH
MANAGEMENT LLC**
338 JERICHO TPKE 106
Syosset, NY 11791


**SUNRISE REAL ESTATE
SOLUTIONS**
3433 MYNA LN
Miamisburg, OH 45342


**T2N INVESTMENT**
470 WHITE HORSE ROAD
Wilmington, DE 19810


**TALL POPPY LLC**
755 9TH AVE
Marion, IA 52302


**THE BANK OF NEW YORK
MELLON TRUST**
240 GREENWICH STREET
New York, NY 10286


**THIRTY DOORS LLC**
10045 BALTIMORE NATIONAL PIKE 445
Ellicott City, MD 21042


**TK MANAGEMENT**
14445 WINDMILL LN
Texline, TX 79087


**U S Dept of Ed/Gsl/Atl**
PO BOX 4222
IOWA CITY, IA 52244

**UD-TALE**
732 S 6TH STREET 8056
Las Vegas, NV 89101

**ULTIMATE FUNDING**
7631 E GREENWAY ROAD B-2
Scottsdale, AZ 85260

**UNIFY VENTURES INC**
3225 MCLEOD DRIVE 100
Las Vegas, NV 89121

**UNLIMITED FUNDING LLC**
7631 E GREENWAY ROAD B-2
Scottsdale, AZ 85260

**Us Dept of Ed/Glelsi**
PO BOX 7860
MADISON, WI 53707

**VAN WEHMEYER**
10021 HIDDEN BLUF
Mcgregor, TX 76657

**VASQUEZ R. REMOEDLING LLC**
2507 S SAINT JAMES BLVD
Evansville, IN 47714

**VERNON CREATIVE CONSULTING**
79-1 4TH STREET N 300
Saint Petersburg, FL 33702

**VIAMA LLC**
1333 OLD SPANISH TRAIL 165
Houston, TX 77054

**WE FUND SOLUTIONS**
3410 TALBOT AVE
Erlanger, KY 41018

**WIC1 UNLIMITED**
2428 ALMEDA AVE 152
Norfolk, VA 23513

**WIC11 UNLIMITED LLC**
5720 VIRGINIA BEACH BLVD
Virginia Beach, VA 23462

**WILMINGTON SAVINGS FUND**
500 DELWARE
Wilmington, DE 19801

**WNY MJA SOLUTIONS LLC**
8245 CLARHERST DR
Bronx, NY 10451

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bryan Diaz<br>Bar Number: 219905<br>Bryan Diaz Law, A Professional Corp.<br>701 E Santa Clara Street<br>Ventura, CA 93001<br>Phone: (805) 652-1284<br>Email: bryan@bryandiazlaw.onmicrosoft.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Curran Brian Barker<br><br>Ariel Barker<br><br><br>Debtor(s). | CASE NO.: _____<br>CHAPTER: 7<br><br>**DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASE**<br><br>[LBR 2090-1(a)(3)] |
|---|---|

1. **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

   a.  I am the attorney for the Debtor.

   b.  Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

   i.  For legal services, I have agreed to accept ☐ an hourly rate of _____; or a ☑ flat fee of ___**$3,500.00**___

   ii.  ☑ Prior to filing this disclosure I received ___**$3,500.00**___

   iii.  ☑ The balance due is ___**$0.00**___

2. **Source of Compensation Paid Postpetition (Postpetition Compensation).**

   a.  **Already Paid.** The source(s) of the Postpetition Compensation paid to me was:

   ☑ Debtor(s)    ☐ Other (specify): _____

   b.  **To be Paid.** The source(s) of the Postpetition Compensation to be paid to me is:

   ☑ Debtor(s)    ☐ Other (specify): _____

3. **Sharing of Compensation Paid Postpetition.**

   ☑ I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

   ☐ I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4   **Limited Scope of Services.** A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

   a   **Services required to be provided:**

      i   Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;

      ii   Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and

      iii   Representation of the Debtor at the initial § 341(a) meeting of creditors

   b   ☐ **Additional legal services I will provide:**

      i   ☐ Any proceeding related to relief from stay motions.

      ii   ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

      iii   ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

      iv   ☐ Reaffirmation of a debt.

      v   ☐ Any lien avoidance under 11 U.S.C. § 522(f)

      vi   ☐ Other (specify):

5.   If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

### DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

Date:   07/07/2026

Signature of attorney for the Debtor

Bryan Diaz
Printed name of attorney

Bryan Diaz Law, A Professional Corp.
Printed name of law firm

---

### DECLARATION OF THE DEBTOR

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

Date   07/07/2026

Signature of Debtor 1

Curran Brian Barker
Printed name of Debtor 1

Date:   07/07/2026

Signature of Debtor 2 (Joint Debtor)(if applicable)

Ariel Barker
Printed name of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows. (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Calabasas, California

Date: 07/07/2026

Curran Brian Barker
Signature of Debtor 1

Ariel Barker
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1                    F 1015-2.1.STMT.RELATED.CASES